IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A.<br><br>              Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | CASE NUMBER _____ |

**PLAINTIFF'S DISCLOSURE OF CORPORATE AFFILIATIONS
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Plaintiff MBNA America Bank, N.A., by and through its attorneys, Kelley Drye & Warren LLP and Oberly, Jennings and Rhodunda, P.A., make the following disclosure:

MBNA America Bank, N.A. is a federally chartered national bank and a wholly-owned subsidiary of MBNA Corporation, a Maryland publicly held corporation.

Dated:   May 2, 2005

OBERLY, JENNINGS & RHODUNDA, P.A.

_____
Kathleen M. Jennings, Esq. (I.D. No. 913)
Karen V. Sullivan, Esq. (I.D. No. 3872)
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, Delaware 19899-2054
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile

Attorneys for Plaintiff

-2-

Of Counsel:

Joseph A. Boyle, Esq.
Paul L. Kattas, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800 – Telephone