THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A.<br><br>　　　　　Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CASE NUMBER  05-257 |

TO:   Colm F. Connolly
　　　United States Attorney
　　　U.S. Department of Justice
　　　1007 Orange Street, Suite 700
　　　P.O. Box 2046
　　　Wilmington, DE 19899-2046

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

　　　Kathleen M. Jennings
　　　Karen V. Sullivan
　　　Oberly, Jennings & Rhodunda, P.A.
　　　800 Delaware Avenue, Suite 901
　　　P.O. Box 2054
　　　Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_PETER T. DALLEO_　　　　　　　　　　　　　_MAY 02 2005_
CLERK　　　　　　　　　　　　　　　　　　　　DATE

_Evette Watson_
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>5/4/05 |
| NAME OF SERVER (PPJNT)<br>ADESH RAMAN | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: UNITED STATES OF AMERICA BY SERVING COLM F. CONNOLLY UNITED STATES ATTORNEY AT 1007 N. ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY JACK SNYDER

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/4/05
                    Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.