IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A.<br><br>            Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | C.A. No. 05-257 |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

      Kathleen M. Jennings, a member of the bar of this Court, pursuant to Local Rule 83.5 and the attached certification, moves the admission pro hac vice of Joseph A. Boyle, Esquire of the law firm of Kelley Drye & Warren, LLP, 101 Park Avenue, New York, NY 10178 to represent Plaintiff MBNA America Bank, N.A. in this matter. The Admittee is admitted, practicing and in good standing in the State of New York. The Admittee's certification for admission is attached hereto.

                                                          OBERLY, JENNINGS & RHODUNDA, P.A.

                                                       /s/ Kathleen M. Jennings
                                                    Kathleen M. Jennings (No. 913)
                                                    Karen V. Sullivan (No. 3872)
                                                    800 Delaware Avenue, Suite 901
                                                    P.O. Box 2054
                                                    Wilmington, DE  19899-2054
                                                    (302) 576-2000 – Telephone
                                                    (302) 576-2004 – Facsimile
                                                    *Attorneys for Plaintiff*

Dated: May 11, 2005