IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A.<br><br>            Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | C.A. No 05-257 |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted to practice and in good standing as a member of the Bar of the State of New York and New Jersey. I am admitted to practice before the United States District Court for the District of New Jersey, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, the Supreme Court of the U.S., U.S. Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Eighth Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Tenth Circuit, U.S. Court of Appeals for the Eleventh Circuit, and the District of Arizona. I am a member in good standing of all bars to which I have been admitted, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further

NJ01/KATTP/91693.1

certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 10, 2005

                                             JOSEPH A. BOYLE
                                             Kelley Drye & Warren, LLP
                                             101 Park Avenue
                                             New York, NY 10178
                                             (212) 808-7800