IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A.<br><br>    Plaintiff,<br> v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | C.A. No. 05-257 |

**ORDER GRANTING MOTION**

 IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> of Joseph A. Boyle, Esquire is granted.

Dated: _____, 2005.   _____
                   United States District Judge