# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A.<br><br>　　　　　Plaintiff,<br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | C.A. No. 05-257 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Kathleen M. Jennings, a member of the bar of this Court, pursuant to Local Rule 83.5 and the attached certification, moves the admission pro hac vice of Paul L. Kattas, Esquire of the law firm of Kelley Drye & Warren, LLP, 101 Park Avenue, New York, NY 10178 to represent Plaintiff MBNA America Bank, N.A. in this matter. The Admittee is admitted, practicing and in good standing in the State of New York. The Admittee's certification for admission is attached hereto.

　　　　　　　　　　　　　　　　　　OBERLY, JENNINGS & RHODUNDA, P.A.


　　　　　　　　　　　　　　　　　　 /s/ Kathleen M. Jennings
　　　　　　　　　　　　　　　　　　Kathleen M. Jennings (No. 913)
　　　　　　　　　　　　　　　　　　Karen V. Sullivan (No. 3872)
　　　　　　　　　　　　　　　　　　800 Delaware Avenue, Suite 901
　　　　　　　　　　　　　　　　　　P.O. Box 2054
　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-2054
　　　　　　　　　　　　　　　　　　(302) 576-2000 – Telephone
　　　　　　　　　　　　　　　　　　(302) 576-2004 – Facsimile
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated: May 11, 2005