IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A.<br><br>　　　　　　Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | C.A. No 05-257 |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

　　　Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted to practice and in good standing as a member of the Bar of the State of New York and New Jersey. I am admitted to practice before the United States District Court for the District of New Jersey, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Seventh Circuit and the United States Court of Appeals for the Eleventh Circuit. I am a member in good standing of all bars to which I have been admitted, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 10, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Paul L. Kattas
　　　　　　　　　　　　　　　　　　　　　　　　　　PAUL L. KATTAS
　　　　　　　　　　　　　　　　　　　　　　　　　　Kelley Drye & Warren, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　101 Park Avenue

NJ01/KATTP/91694.1