## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A.<br><br>     Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | C.A. No. 05-257 |

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> of Paul L. Kattas, Esquire is granted.


Dated: _____, 2005.     _____
                                                             United States District Judge