IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A.<br><br>　　　　　Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | C.A. No. 05-257 KAJ |

**AFFIDAVIT OF SERVICE**
**OF KATHLEEN M. JENNINGS**

Kathleen M. Jennings, being duly sworn according to law, deposes and says:

1.　　That she is the attorney for the Plaintiff in the above-captioned matter.

2.　　An envelope addressed to Mark W. Everson, Commissioner of the Internal Revenue Service ("Everson") containing a copy of the Complaint and Summons was mailed, by certified mail, postage pre-paid, return receipt requested on May 4, 2005. Said certified letter was delivered to Everson on May 9, 2005 and is attached hereto as Exhibit A.

3.　　An envelope addressed to Alberto R. Gonzales, Attorney General, U.S. Department of Justice ("Gonzales") containing a copy of the Complaint and Summons was mailed, by certified mail, postage pre-paid, return receipt requested on May 4, 2005. Said certified letter was delivered to Gonzales on May 9, 2005 and is attached hereto as Exhibit A.

_____
**KATHLEEN M. JENNINGS (No. 913)**
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, DE 19899-2054
(302) 576-2000
Attorney for Plaintiffs

**SWORN TO AND SUBSCRIBED** before me this 24th day of May, 2005.

_____
**NOTARY PUBLIC**

2

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark W. Everson
Commissioner
IRS
1111 Constitution Ave, N.W.
Suite 3026
Washington, DC 20224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Received by the Commissioner's Correspondence Office_
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAY 11 2005

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7001 1140 0002 6356 1791

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, N.W.
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7001 1140 0002 6356 1784

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509