IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-257-KAJ |
| United States of America, | ) |
| Defendant. | ) |

**UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME
TO SERVE ANSWER, MOTION, OR OTHER RESPONSIVE PLEADING**

The United States, by and through undersigned counsel, respectfully moves the Court for the entry of an order extending the time by thirty (30) days, to August 4, 2005, by which the United States must serve an answer or motion, or otherwise respond to plaintiff's complaint.

In support of this motion, the United States submits the following:

1. Service of process has been effected, and the office of United States Attorney for the District of Delaware was served on or about May 5, 2005.

2. Accordingly, and pursuant to Fed. R. Civ. P. 12(a)(3) and 6(a), the time for the United States to answer, move, or otherwise respond to the complaint expires on July 5, 2005.

3. Undersigned counsel's contacts at the Internal Revenue Service ("Service") have thus far been unable to deliver the administrative files relating to the claim for refund alleged in the complaint.

4. Without the administrative files, counsel is unable to admit or deny many of the factual allegations of the complaint, or determine whether or not the United States is entitled to raise certain affirmative defenses.

5. It is anticipated that the Service may yet be able to locate and deliver to counsel these administrative files within the next thirty (30) days.

6. Accordingly, the United States is requesting an additional thirty (30) days to respond to the complaint to enable the Service to procure the administrative files and allow the United States to respond more fully to the complaint, thereby narrowing or clarifying the issues for pretrial and trial.

7. **Certificate of Nonopposition.** By way of telephone conversation on July 1, 2005, counsel for the plaintiff advised undersigned counsel that, without expressing any opinion as to the efficacy or accuracy of the contentions set forth in this motion, the plaintiff does not oppose the relief sought herein.

//
//
//
//
//
//
//

WHEREFORE, the United States respectfully requests the court extend the time by thirty (30) days within which the United States must serve an answer or motion, or otherwise respond to plaintiff's complaint. A proposed form of order is attached.

Dated:   July 1, 2005.

                                    Respectfully submitted,

                                    COLM F. CONNOLLY
                                    United States Attorney

By: *[signature]*
      For ELLEN W. SLIGHTS
         Assistant United States Attorney
         1007 Orange Street, Suite 700
         Post Office Box 2046
         Wilmington, Delaware 19899-2046
         (302) 573-6277

         IVAN C. DALE
         Trial Attorney, Tax Division
         U.S. Department of Justice
         P.O. Box 227
         Benjamin Franklin Station
         Washington, D.C. 20044
         (202) 307-6615

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-257-KAJ |
| United States of America, | ) |
| Defendant. | ) |

### ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME TO SERVE ANSWER, MOTION, OR OTHER RESPONSIVE PLEADING

AND NOW, this ____ day of July, 2005, upon consideration of the United States' Unopposed Motion to Extend Time to Serve Answer, Motion, or Other Responsive Pleading, it is ORDERED that:

1. The United States' Unopposed Motion to Extend Time to Serve Answer, Motion, or Other Responsive Pleading is GRANTED; and

2. The United States shall serve an answer, or otherwise respond to the complaint, on or before August 4, 2005.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 1st day of July, 2005, I caused to be filed the foregoing UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME TO SERVE ANSWER, MOTION, OR OTHER RESPONSIVE PLEADING with the Clerk of the Court using the Court's electronic filing system (ECF), which will send notification of such filing to the following:

> Kathleen M. Jennings, Esquire
> Karen V. Sullivan, Esquire
> Oberly, Jennings & Rhodunda, P.A.
> 800 Delaware Avenue, Suite 901
> P.O. Box 2054
> Wilmington, Delaware 19899-2054

DOUGLAS E. McCANN

803019.1