IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-cv-257 |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |

## ANSWER

The United States of America, by and through undersigned counsel, answers the complaint in the above captioned matter as follows:

1. The allegations of paragraph 1 constitute plaintiff's characterization of the action to which no response is required. To the extent a response may be required, the United States admits that plaintiff's complaint seeks a refund of federal taxes under 26 U.S.C. § 7422, but denies that plaintiff is entitled to any of the relief described in paragraph 1.

2. Admits the allegations of paragraph 2.

3. Admits the allegations of paragraph 3.

4. Admits the allegations of paragraph 4..

5. Denies the allegations of paragraph 5.

6. Admits the allegations of paragraph 6.

7. Admits the allegations of paragraph 7.

8. The allegations of paragraph 8 constitute plaintiff's characterization of the action to which no response is required. To the extent a response may be required, the

United States admits that plaintiff's complaint seeks to recover the sum of $3,741,832.42, plus interest, but denies the remaining allegations of paragraph 8.

9. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9.

10. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10.

11. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11.

12. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12.

13. Admits that the Service has not allowed plaintiff's claims for refund of federal communication excise taxes. Lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 13.

14. The allegations of paragraph 14 are not allegations of fact, but plaintiff's legal contentions, and do not require a response. The statutes cited therein speak for themselves.

15. The allegations of paragraph 15 are not allegations of fact, but plaintiff's legal contentions, and do not require a response. The statutes cited therein speak for themselves.

16. Denies the allegations of paragraph 16.

17. The allegations of paragraph 17 are not allegations of fact, but plaintiff's legal contentions, and do not require a response. The statutes cited therein speak for

themselves.

19. 18. The allegations of paragraph 18 are not allegations of fact, but plaintiff's legal contentions, and do not require a response.

19. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 19.

20. Denies the allegations of paragraph 20.

21. The allegations of paragraph 21 are not allegations of fact, but plaintiff's legal contentions, and do not require a response. The statutes cited therein speak for themselves.

22. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 22.

23. Denies the allegations of paragraph 23.

24. Admits that the Service has not allowed plaintiff's claims for refund of federal communication excise taxes. Denies the remaining allegations of paragraph 24.

25. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 25.

26. Generally denies each and every allegation not heretofore specifically admitted, qualified, or denied.

//
//
//
//

WHEREFORE, the United States respectfully requests that this Honorable Court dismiss plaintiff's complaint with prejudice, and for any such other and further relief as the Court deems appropriate under the circumstances, including awarding the government its attorney's fees and costs.

Dated:     August 4, 2005.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
ELLEN W. SLIGHTS
Assistant United States Attorney
1007 Orange Street, Suite 700
Post Office Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277

IVAN C. DALE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Benjamin Franklin Station
Washington, D.C. 20044
(202) 307-6615

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-cv-257 |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 4th day of August, 2005, I caused to be filed the foregoing ANSWER with the Clerk of the Court using the Court's electronic filing system (ECF), which will send notification of such filing to the following:

>Kathleen M. Jennings, Esquire
>Karen V. Sullivan, Esquire
>Oberly, Jennings & Rhodunda, P.A.
>800 Delaware Avenue, Suite 901
>P.O. Box 2054
>Wilmington, Delaware 19899-2054
>kjennings@ojlaw.com

ELLEN W. SLIGHTS

1292932.1