IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBNA America Bank, N.A., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 05-cv-257 |
| United States of America, | ) ) ) | |
| Defendant. | ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ivan C. Dale, Esquire, to represent the defendant in this action.

Dated:   August 16, 2005.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney

By: _____
                ELLEN W. SLIGHTS
                Assistant United States Attorney
                Delaware Bar I.D. No. 2782
                1007 Orange Street, Suite 700
                Post Office Box 2046
                Wilmington, Delaware 19899-2046
                (302) 573-6277

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 05-cv-257 |
| United States of America, | ) |
| Defendant. | ) |

### CERTIFICATION BY COUNSEL
### TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Missouri, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated:    August 8, 2005.

_____
IVAN C. DALE
Trial Attorney, Tax Division
Missouri Bar No. 53974
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6615

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 05-cv-257 |
| United States of America, | ) |
| Defendant. | ) |

ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

AND NOW, this ____ day of August, 2005, upon consideration of the United States' counsel's Motion for Admission *Pro Hac Vice*, it is ORDERED that counsel's motion for admission *pro hac vice* of attorney Ivan C. Dale is granted.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 05-cv-257 |
| United States of America, | ) ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 16th day of August, 2005, I caused to be filed the foregoing MOTION FOR ADMISSION *PRO HAC VICE*, supporting CERTIFICATION, and proposed ORDER with the Clerk of the Court using the Court's electronic filing system (ECF), which will send notification of such filing to the following:

>   Kathleen M. Jennings, Esquire
>   Karen V. Sullivan, Esquire
>   Oberly, Jennings & Rhodunda, P.A.
>   800 Delaware Avenue, Suite 901
>   P.O. Box 2054
>   Wilmington, Delaware 19899-2054

_____
ELLEN W. SLIGHTS

1307574.1