## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

August 22, 2005

Kathleen M. Jennings, Esq.
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue - #901
Wilmington, DE 19801

Elen W. Slights, Esq.
Assistant United States Attorney
1007 N. Orange Street - #700
Wilmington, DE 19801

Re: MBNA America Bank, N.A. v. USA
Civil Action No. 05-257-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc: Clerk of the Court