### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBNA America Bank, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-257 (KAJ) |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO ALLOW DEPARTMENT OF JUSTICE ATTORNEY
### TO APPEAR WITHOUT LOCAL COUNSEL

Pursuant to 28 U.S.C. §§ 515, 517, and 518, the United States respectfully moves

this Court for an Order allowing Department of Justice Attorney, Ivan C. Dale, to

appear before this Court without local counsel.   Additionally, the United States

requests that Mr. Dale be provided with an electronic filing password so that he may

remotely file pleadings with this Court.   In support of this motion, the United States

submits the following:

1.      The statutes of the United States allow for the Attorney General to send its

attorneys to state and federal courts throughout the nation.  See 28 U.S.C. § 515 (the

Attorney General or any other officer of the Department of Justice may conduct any

kind of legal proceeding which United States attorneys are authorized by law to

conduct, whether or not he/she is a resident of the district in which the proceeding is

being brought); 28 U.S.C. § 517 (any officer of the Department of Justice may be sent by

the Attorney General to any State or district in the United States to attend to the

interests of the United States in a suit pending in a court of the United States, or in a

court of a State); 28 U.S.C. § 518 (the Attorney General may direct an officer of the

Department of Justice to conduct and argue any case in a court of the United States in which the United States is interested). Thus, to the extent that L. Civ. R. 83.5(d) of this Court requires that Department of Justice attorneys based in Washington, DC, associate with local counsel, it would appear to conflict with the above-referenced statutes. See Fed. R. Civ. P. 83(a)(1) (local rules must be consistent with Acts of Congress). Accordingly, the United States respectfully requests that, in this particular case, the Court waive the local counsel requirement of L. Civ. R. 83.5.

2.    In this matter, the Attorney General has assigned primary responsibility for this case to the Department's Tax Division in Washington, DC. In turn, the Tax Division has designated Ivan C. Dale as the lead attorney.

3.    Department of Justice attorney Ivan Dale has already been admitted to the Court *pro hac vice.* As such, he has submitted to the disciplinary jurisdiction of this Court, and has certified that he is generally familiar with this Court's Local Rules. Additionally, Mr. Dale is an able and competent attorney. Mr. Dale is an active member of the State Bar of Missouri. He was selected for employment with the Justice Department through the Attorney General's Honors Program, and has served as Trial Attorney in the Tax Division, Civil Trial Section, Eastern Region from September 2002 to the present. In that capacity, Mr. Dale has been the lead attorney in over one hundred federal cases. He has conducted jury and non-jury trials in the Western District of Pennsylvania, the Western District of Tennessee, and the Eastern District of Pennsylvania. He has represented the interests of the United States in oral arguments, and/or by filing briefs, in federal courts in Arizona, New York, Florida, Pennsylvania, New Jersey, North Carolina, Tennessee, and the District of Columbia.

4.      Pursuant to L. Civ. R. 7.1.1, the undersigned hereby certifies that the

attorneys for the United States were advised by counsel for the plaintiff, Kathleen M.

Jennings, Esquire, that, without expressing any opinion as to the efficacy or accuracy of

the contents of this motion, the plaintiffs do not oppose the relief sought herein.

Dated:      August 31, 2005

                                    Respectfully submitted,

                                    COLM F. CONNOLLY
                                    United States Attorney

By:      _____

                                    ELLEN W. SLIGHTS
                                    Assistant United States Attorney
                                    Delaware Bar I.D. No. 2782
                                    1007 Orange Street, Suite 700
                                    Post Office Box 2046
                                    Wilmington, Delaware 19899-2046
                                    (302) 573-6277

                                    IVAN C. DALE
                                    Trial Attorney, Tax Division
                                    United States Department of Justice
                                    P.O. Box 227
                                    Ben Franklin Station
                                    Washington, DC 20044
                                    (202) 307-6615

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBNA America Bank, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-257 (KAJ) |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO ALLOW DEPARTMENT OF JUSTICE
## ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL

AND NOW, this ____ day of _____, 2005, upon consideration of the

United States' Motion to Allow Department of Justice Attorney to Appear without

Local Counsel, the reasons stated therein, the lack of any opposition thereto, and the

entire record herein, it is hereby

ORDERED that the United States' motion should be and is granted; and it is

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived

with respect to defendant United States of America, and Department of Justice Attorney

Ivan C. Dale is not required to associate with local counsel, nor is the United States

Attorney's Office required to sign pleadings or attend proceedings with him; and it is

FURTHER ORDERED that the Clerk's office provide Department of Justice

Attorney Ivan C. Dale with an electronic filing login and password so that he may file

pleadings in this Court without the participation of the United States Attorney's Office.


_____
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

MBNA America Bank, N.A.,      )
                                   )
     Plaintiff,            )
                                   )
     v.                   )     Civil Action No. 05-257 (KAJ)
                                   )
United States of America,    )
                                   )
     Defendant.          )

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 31st day of August, 2005, I caused to be filed the foregoing **MOTION TO ALLOW DEPARTMENT OF JUSTICE ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL, and proposed ORDER** with the Clerk of the Court using the Court's electronic filing system (ECF), which will send notification of such filing to the following:

> Kathleen M. Jennings, Esquire
> Karen V. Sullivan, Esquire
> Oberly, Jennings & Rhodunda, P.A.
> 800 Delaware Avenue, Suite 901
> P.O. Box 2054
> Wilmington, Delaware 19899-2054

IT IS HEREBY CERTIFIED that on this 31st day of August, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

> Joseph A. Boyle, Esquire
> Paul L. Kattas, Esquire
> Kelley Drye & Warren, LLP
> 101 Park Avenue
> New York, NY 10178

ELLEN W. SLIGHTS