IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., <br><br> Plaintiff, <br><br> v. <br><br> United States of America, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-257 (KAJ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING MOTION TO ALLOW DEPARTMENT OF JUSTICE
ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL**

AND NOW, this 1st day of Sept., 2005, upon consideration of the United States' Motion to Allow Department of Justice Attorney to Appear without Local Counsel, the reasons stated therein, the lack of any opposition thereto, and the entire record herein, it is hereby

ORDERED that the United States' motion should be and is granted; and it is

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived with respect to defendant United States of America, and Department of Justice Attorney Ivan C. Dale is not required to associate with local counsel, nor is the United States Attorney's Office required to sign pleadings or attend proceedings with him; and it is

FURTHER ORDERED that the Clerk's office provide Department of Justice Attorney Ivan C. Dale with an electronic filing login and password so that he may file pleadings in this Court without the participation of the United States Attorney's Office.

UNITED STATES DISTRICT JUDGE