# OBERLY, JENNINGS & RHODUNDA, P.A.

800 Delaware Avenue - Suite 901
P. O. Box 2054
Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
-----------
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

September 6, 2005

<u>Via e-filing</u>
The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

    RE:    MBNA America Bank, N.A. v. United States, 05-257 (KAJ)

Dear Judge Jordan:

    The above case is scheduled for a telephonic scheduling conference on September 7, 2005 at 2:00 p.m. I enclose for the Court's consideration the parties' Joint Proposed Scheduling Order.

                                         Respectfully submitted,

                                         KAREN V. SULLIVAN (No. 3872)

/KVS
Enclosure
cc:    Ivan C. Dale, Esquire