IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBNA America Bank, N.A., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 05-cv-257 |
| United States of America, | ) ) ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION TO STAY PROCEEDINGS

Defendant the United States of America, by and through undersigned counsel, respectfully moves the Court to stay all proceedings in this case until the dismissal of or issuance of a mandate in the case of <u>Reese Bros., Inc. v. United States</u>, Docket no. 05-2135 in the United States Court of Appeals for the Third Circuit.  In support of this motion, the United States relies upon its supporting memorandum, filed herewith, the United States Court of Appeals docket sheet for <u>Reese Bros</u>., attached hereto, and upon the entire record in this action.

A proposed form of order is submitted herewith.

**Statement of Counsel Pursuant to L. Civ. R. 7.1.1.**  The undersigned has contacted counsel for the plaintiff, Kathleen M. Jennings, Esquire, and Paul L. Kattas, Esquire, in an effort to reach agreement on the matters set forth in this motion.  As of the date of this motion, after reasonable effort, the parties have been unable to reach agreement on the relief sought herein.

Dated:   September 8, 2005.

                        COLM F. CONNOLLY
                        United States Attorney

        By:    /s/
                        IVAN C. DALE
                        Trial Attorney, Tax Division
                        U.S. Department of Justice
                        P.O. Box 227
                        Ben Franklin Station
                        Washington, DC 20044
                        Telephone (202) 307-6615