Home   PACER                                                                                Help

# General Docket
## US Court of Appeals for the Third Circuit

```
Court of Appeals Docket #: 05-2135                              Filed: 4/13/05
Nsuit: 2870  Tax Suits
Reese Bros Inc v. USA
Appeal from: United States District Court for the Western District of PA
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Lower court information:

```
    District: 0315-2 : 03-cv-00745
    Trial Judge: Terrence F. McVerry, District Judge
    Date Filed: 5/22/03
    Date order/judgment: 2/14/05
    Date NOA filed: 4/7/05
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Fee status: Not Applicable

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Prior cases:
   None
Current cases:
   None


Docket as of August 30, 2005 6:19 pm                     Page 1

_____

05-2135   Reese Bros Inc v. USA

REESE BROS INC                  Stanley M. Stein
    Appellee                    FAX 412-263-6129
                                412-263-6111
                                [COR NTC ret]
                                Feldstein, Grinberg, Stein &
                                McKee
                                428 Boulevard of the Allies
                                Pittsburgh, PA 15219

                                Stephen J. Rosen
                                202-857-2550
                                [COR NTC ret]
                                Henry D. Levine
                                202-857-2550
                                [COR NTC ret]
                                Levine, Blaszak, Block &
                                Boothby
                                2001 L Street, N.W.
                                Suite 900
                                Washington, DC 20036

    v.

UNITED STATES OF AMERICA        Robert W. Metzler
    Appellant                   FAX 202-514-8456

```
                              202-514-3938
                              [COR NTC gvt]
                              Teresa E. McLaughlin
                              FAX 202-514-8456
                              202-514-4342
                              [COR NTC gvt]
                              United States Department of
                              Justice
                              Tax Division
                              P.O. Box 502
                              Washington, DC 20044
```

Docket as of August 30, 2005 6:19 pm                    Page 2

---

05-2135   Reese Bros Inc v. USA

REESE BROTHERS, INC.

   v.

UNITED STATES OF AMERICA,
                         Appellant

Docket as of August 30, 2005 6:19 pm                    Page 3

---

05-2135   Reese Bros Inc v. USA

| Date | Entry |
|---|---|
| 4/13/05 | CIVIL CASE DOCKETED. Notice filed by USA. ☐ (lml) |
| 4/20/05 | TRANSCRIPT PURCHASE ORDER (PART I), no proceedings in District Court. (clw) |
| 4/21/05 | APPEARANCE from Attorney Robert W. Metzler on behalf of Appellant USA, filed. (clw) |
| 4/21/05 | INFORMATION STATEMENT on behalf of Appellant USA, received. (clw) |
| 4/21/05 | CONCISE SUMMARY OF CASE on behalf of Appellant USA, received. (clw) |
| 4/25/05 | APPEARANCE from Attorney Stephen J. Rosen on behalf of Appellee Reese Bros Inc, filed. (clw) |
| 4/25/05 | DISCLOSURE STATEMENT on behalf of Appellee Reese Bros Inc, filed. (clw) |
| 4/25/05 | APPEARANCE from Attorney Henry D. Levine on behalf of Appellee Reese Bros Inc, filed. (clw) |
| 5/4/05 | APPEARANCE from Attorney Stanley M. Stein on behalf of Appellee Reese Bros Inc, filed. (clw) |
| 5/19/05 | CERTIFIED LIST filed. (clw) |
| 5/19/05 | BRIEFING NOTICE ISSUED. Appellant brief and appendix due 6/28/05. (clw) |
| 6/28/05 | ELECTRONIC BRIEF w/ attachments on behalf of Appellant USA. |

|  |  |
|---|---|
|  | Copies: 1, Pages: 69, Word Count: 13,977, delivered by mail, filed. Certificate of service date 6/28/05. (gpk) |
| 6/28/05 | APPENDIX on behalf of Appellant USA, Copies: 4, Volumes: 3, Delivered by Mail, filed. Certificate of service date 6/28/05. (eh) |
| 6/30/05 | APPEARANCE from Attorney Teresa E. McLaughlin on behalf of Appellant USA, filed. (eh) |
| 6/30/05 | HARD COPY RECEIVED from Appellant USA submitting 10 ccs of brief with attachments. (eh) |
| 8/1/05 | ELECTRONIC BRIEF on behalf of Appellee Reese Bros Inc, Copies: 1, Pages: 62, Word Count: 13,986, delivered by mail, filed. Certificate of service date 8/1/05. (gpk) |
| 8/2/05 | HARD COPY RECEIVED of brief from Appellee Reese Bros Inc., Copies: 10. (mcw) |

Docket as of August 30, 2005 6:19 pm		Page 4

---

05-2135   Reese Bros Inc v. USA

| | |
|---|---|
| 8/5/05 | MOTION by Appellant to extend time to file reply brief until 8/24/05 filed. Answer due 8/19/05. Certificate of Service dated 8/4/05. (pdb) |
| 8/9/05 | ORDER (Clerk) granting motion to extend time to file reply brief by Appellant. Appellant's reply brief shall be filed and served on or before August 24, 2005, filed. (pdb) |
| 8/10/05 | Notice of telephone request to Henry D. Levine, counsel for Appellee, for motion for leave to file supplemental appendix attached to brief. Response due in 3 days. (mcw) |
| 8/11/05 | LETTER dated 8/10/05 pursuant to Rule 28(j) received from Stephen J. Rosen, Esq. counsel for Appellee Reese Bros Inc. ZZ#SENT ZZ#TO ZZ#MERITS ZZ#PANEL (clw) |
| 8/16/05 | COMPLIANCE RECEIVED. Unopposed motion by Appellee for leave to file supplemental appendix, received. (mcw) |
| 8/16/05 | UNOPPOSED MOTION by Appellee Reese Bros Inc for leave to file supplemental appendix, filed. Answer due 8/29/05. Certificate of service dated 8/15/05. (mcw) |
| 8/18/05 | ORDER (Clerk) granting motion by Appellee Reese Bros Inc. for leave to file supplemental appendix with filing as of the date of this order. It is noted that the motion is unopposed, filed. (mcw) |
| 8/18/05 | SUPPLEMENTAL APPENDIX on behalf of Appellee Reese Bros Inc. attached to hard copy, filed. (mcw) |
| 8/24/05 | ELECTRONIC REPLY BRIEF on behalf of Appellant USA. Copies: 1. Delivered by mail, filed. Certificate of service date 8/24/05. (gpk) |
| 8/29/05 | HARD COPY RECEIVED from Appellant USA (10cc of reply). (gpk) |

Docket as of August 30, 2005 6:19 pm		Page 5

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/08/2005 11:12:50 | | | |
| PACER Login: | dj0042 | Client Code: | |
| Description: | dkt report | Case Number: | 05-2135 |
| Billable Pages: | 5 | Cost: | 0.40 |