IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 05-cv-257 |
| United States of America, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

AND NOW, this ____ day of _____, 2005, upon consideration of the United States' Motion to Stay Proceedings, the reasons stated therein, and the entire record herein, it is hereby

ORDERED that the United States' motion should be and is GRANTED; and it is

FURTHER ORDERED that this matter shall be STAYED until the dismissal of or issuance of a final opinion in the case of <u>Reese Bros., Inc. v. United States</u>, Docket no. 05-2135 in the United States Court of Appeals for the Third Circuit. The remaining discovery and dispositive motion due dates will be re-set once that dismissal or opinion is issued; and it is

FURTHER ORDERED that, 120 days after the issuance of this order, counsel for the United States shall submit a report on the status of the proceedings before the United States Court of Appeals for the Third Circuit in <u>Reese Bros</u>.

_____
UNITED STATES DISTRICT JUDGE