IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBNA America Bank, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-cv-257 |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that I caused to be filed, this 9th day of September, 2005, the foregoing UNITED STATES' MOTION TO STAY PROCEEDINGS, supporting MEMORANDUM, and proposed ORDER with the Clerk of the Court using the Court's electronic filing system (ECF), which will send notification of such filing to the following:

>Kathleen M. Jennings, Esquire
>Karen V. Sullivan, Esquire
>Oberly, Jennings & Rhodunda, P.A.
>800 Delaware Avenue, Suite 901
>P.O. Box 2054
>Wilmington, Delaware 19899-2054
>
>Kelley Drye & Warren, LLP
>200 Kimball Drive
>Parsippany, NJ 07054

_____/s/_____
IVAN C. DALE

1341855.1