## CERTIFICATE OF SERVICE

      I, Kathleen M. Jennings, hereby certify that on this 23rd day of September, 2005, a true and correct copy of the foregoing Plaintiff's Brief in Opposition to Defendant United States' Motion to Stay Proceedings was served via electronic filing on the following individuals:

| | |
|---|---|
| Ellen W. Slights | Ivan C. Dale |
| Assistant United States Attorney | Trial Attorney, Tax Division |
| 1007 Orange Street, Suite 700 | United States Department of Justice |
| P.O. Box 2046 | P.O. Box 227 |
| Wilmington, DE 19899 | Ben Franklin Station |
| | Washington, DC 20044 |

      /s/ Kathleen M. Jennings
      KATHLEEN M. JENNINGS (No. 913)