# OBERLY, JENNINGS & RHODUNDA, P.A.

**800 Delaware Avenue - Suite 901**
**P. O. Box 2054**
**Wilmington, Delaware 19899**

**Charles M. Oberly, III**
**Kathleen M. Jennings**
**William J. Rhodunda, Jr.**
-----------
**Karen V. Sullivan**

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail kjennings@ojlaw.com

October 13, 2005

<u>Via e-filing</u>
The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

    **RE:** **MBNA America Bank, N.A. v. United States, 05-257 (KAJ)**

Dear Judge Jordan:

    I write pursuant to D. Del. LR 7.1.4 to respectfully request oral argument on Defendant's Motion to Stay Proceedings. Briefing on the Motion was completed on September 23, 2005 without a Reply Brief being filed. I believe that oral argument will assist the Court in determining the complex legal and factual issues raised in Defendant's Motion.

                    **Respectfully submitted,**

                      **/s/ Kathleen M. Jennings**

                      **KATHLEEN M. JENNINGS (No. 913)**

KMJ/bld
cc:    Ivan C. Dale, Esquire
         Ellen W. Slights, AUSA
         Paul L. Kattas, Esquire
         Dr. Peter T. Dalleo, Clerk of Court