

**U.S. Department of Justice**

Tax Division

*Civil Trial Section, Eastern Region*

| | | |
|---|---|---|
| EJO'C:DAH:ICDale:jcc<br>5-15-1565<br>CMN 2005104288 | *Post Office Box 227*<br>*Washington, DC 20044* | *Telephone: (202) 307-6615*<br>*Telecopier: (202) 514-6866* |

October 14, 2005

<u>VIA E-FILING</u>

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Lockbox 10
Wilmington, Delaware 19801

    Re:    MBNA America Bank, N.A. v. United States,
             <u>Civ. No. 05-257 (KAJ) (USDC D. Del.)</u>

Dear Judge Jordan:

    In response to the plaintiff's letter, dated October 13, 2005, requesting oral argument on the motion to stay filed in the above referenced case, this is to request that, if such argument is scheduled, it be scheduled after November 2, 2005.

    I am getting married this month, and am traveling out of the country to do so. As a result, I will be unavailable from October 17 through November 1. Plaintiff's counsel has advised that they do not object to accommodating my schedule in this regard. I therefore ask the Court for the same consideration.

                                           Respectfully submitted,

                                           /s/

                                         IVAN C. DALE
                                         Trial Attorney
                                   Civil Trial Section, Eastern Region