IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA AMERICA BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-257-KAJ |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Oral argument on defendant's motion to stay (D.I. 17) in the above-captioned action will be heard on **November 15, 2005** beginning at 2:00 p.m. and concluding at 3:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

UNITED STATES DISTRICT JUDGE

Dated:   October 17, 2005
Wilmington, Delaware