IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MBNA AMERICA BANK, N.A.**<br><br>    Plaintiff,<br>  v.<br><br>**UNITED STATES OF AMERICA**,<br><br>    Defendant. | Case Number: 05-257-KAJ |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 24th day of October, 2005, a true and correct copy of Plaintiff's Rule 26 (a) (1) Initial Disclosures were served on the following individuals in the manner indicated:

<u>Via Hand Delivery</u>
Ellen W. Slights
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899

<u>Via Overnight Mail</u>
Ivan C. Dale
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Dated: October 24, 2005

/s/ Kathleen M. Jennings
Kathleen M. Jennings, Esq. (I.D. No. 913)
Karen V. Sullivan, Esq. (I.D. No. 3872)
OBERLY, JENNINGS & RHODUNDA, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, Delaware 19899-2054
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile

Jacob J. Miles, Esq.
Joseph A. Boyle, Esq.
Paul L. Kattas, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800 – Telephone

Attorneys for Plaintiff