# OBERLY, JENNINGS & RHODUNDA, P.A.

**800 Delaware Avenue - Suite 901**
**P. O. Box 2054**
**Wilmington, Delaware 19899**

**Charles M. Oberly, III**
**Kathleen M. Jennings**
**William J. Rhodunda, Jr.**
-----------
**Karen V. Sullivan**

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail kjennings@ojlaw.com

October 13, 2005

<u>Via e-filing</u>
The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

   RE: **MBNA America Bank, N.A. v. United States, 05-257 (KAJ)**

Dear Judge Jordan:

  Pursuant to D. Del. LR 7.1.2 (c), I enclose for the Court's consideration the October 24, 2005 memorandum opinion in *PNC Bank, N.A. v. United States*, C.A. 04-1576 (W.D. Pa.), in which Magistrate Judge Hay denied the United States' motion to stay proceedings pending the dismissal of or issuance of a mandate in *Reese Bros., Inc. v. United States,* 05-2135 (3d Cir.). This decision is pertinent to the motion to stay proceedings currently *sub judice.*

        **Respectfully submitted,**

        **/s/ Kathleen M. Jennings**

        **KATHLEEN M. JENNINGS (No. 913)**

KMJ/kvs
Enclosure
cc: Ivan C. Dale, Esquire
   Ellen W. Slights, AUSA
   Paul L. Kattas, Esquire
   Dr. Peter T. Dalleo, Clerk of Court