# OBERLY, JENNINGS & RHODUNDA, P.A.

**800 Delaware Avenue - Suite 901**
**P. O. Box 2054**
**Wilmington, Delaware 19899**

| | |
|---|---|
| **Charles M. Oberly, III** | **(302) 576-2000** |
| **Kathleen M. Jennings** | Fax (302) 576-2004 |
| **William J. Rhodunda, Jr.** | E.I.No. 51-0364261 |
| ------------ | Writer's e-mail kjennings@ojlaw.com |
| **Karen V. Sullivan** | |

November 14, 2005

<u>Via e-filing</u>
The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE  19801

      RE:    **MBNA America Bank, N.A. v. United States, 05-257 (KAJ)**

Dear Judge Jordan:

    Enclosed please find a letter from Paul L. Kattas, Esquire providing the Court additional documents that are relevant to the defendant's motion to stay, which is scheduled to be heard on November 15, 2005.

                        **Respectfully submitted,**

                        **/s/ Kathleen M. Jennings**

                        **KATHLEEN M. JENNINGS (No. 913)**

KMJ/kvs
Enclosure
cc:    Ivan C. Dale, Esquire
        Ellen W. Slights, AUSA
        Paul L. Kattas, Esquire
        Dr. Peter T. Dalleo, Clerk of Court