IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA AMERICA BANK, N.A., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-257-KAJ |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

### ORDER

For the reasons set forth by the Court during the oral argument on November 15, 2005,

IT IS HEREBY ORDERED that defendant's motion to stay (D.I. 17) is DENIED.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 16, 2005
Wilmington, Delaware