IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MBNA AMERICA BANK, N.A.**<br><br>    Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>    Defendant. | Case Number: 05-257-KAJ |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 14th day of November, 2005, a true and correct copy of Plaintiff's Objections and Answers to Defendant's First Request for Production of Documents and Plaintiff's Objections and Answers to Defendant's First Set of Interrogatories were served on the following individuals via first class mail:

Ellen W. Slights
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899

Ivan C. Dale
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Dated: November 23, 2005

/s/ Kathleen M. Jennings
Kathleen M. Jennings, Esq. (I.D. No. 913)
Karen V. Sullivan, Esq. (I.D. No. 3872)
OBERLY, JENNINGS & RHODUNDA, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, Delaware 19899-2054
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile

Jacob J. Miles, Esq.
Joseph A. Boyle, Esq.
Paul L. Kattas, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800 – Telephone

Attorneys for Plaintiff