# OBERLY, JENNINGS & RHODUNDA, P.A.

**800 Delaware Avenue - Suite 901**
**P. O. Box 2054**
**Wilmington, Delaware 19899**

**Charles M. Oberly, III**
**Kathleen M. Jennings**
**William J. Rhodunda, Jr.**
-----------
**Karen V. Sullivan**

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail kjennings@ojlaw.com

December 7, 2005

<u>Via e-filing</u>
The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE  19801

  RE: MBNA America Bank, N.A. v. United States, 05-257 (KAJ)

Dear Judge Jordan:

  I write to provide an interim status report on the above-captioned matter, which is scheduled for a status conference on December 13, 2005 at 4:30 p.m.  In this case, Plaintiff MBNA America Bank N.A. seeks recovery of federal communications excise taxes for the taxable quarters ended March 31, 2001 through September 30, 2004 and statutory interest thereon.  Plaintiff asserts that it is entitled to a refund of the taxes because the communication services at issue are neither "local telephone service" as defined by 26 U.S.C. § 4252(a) nor "toll telephone service" as defined by 26 U.S.C. § 4252(b).  Defendant United States asserts that the services at issue are taxable as either "toll telephone service" or "local telephone service" under 26 U.S.C. §§ 4252(a)-(b).

  Discovery is proceeding without any difficulties.  Counsel for both parties believe that the case will not settle.  Rather, counsel for both parties expect that the case will be resolved through cross-motions for summary judgment, which will be filed by the February 10, 2006 deadline.  Because of the narrow legal dispute presented in this case and because no problems have arisen with discovery, counsel for both parties agree that a status conference is not necessary and respectfully request that the Court remove the December 13 status conference from its calendar.

         **Respectfully submitted,**

         **/s/ Kathleen M. Jennings**

         **KATHLEEN M. JENNINGS (No. 913)**

KMJ/kvs

cc: Ivan C. Dale, Esquire
 Ellen W. Slights, AUSA
 Paul L. Kattas, Esquire
 Dr. Peter T. Dalleo, Clerk of Court