IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA AMERICA BANK, N.A.<br>　　　　Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>　　　　Defendant. | CASE NUMBER: 05-257-KAJ |

### DECLARATION OF FRANCIS R. FAERBER

**I, FRANCIS R. FAERBER, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare the following:**

1. I am a Senior Vice President of MBNA Technology, Inc., a subsidiary of plaintiff MBNA America Bank, N.A. ("Plaintiff"). I make this declaration in support of Plaintiff's motion for summary judgment on liability.

2. Plaintiff is a national banking association formed under the laws of the United States of America, with its headquarters and principal place of business located in Wilmington, Delaware.

3. During the taxable periods ended March 31, 2001, through September 30, 2004, Plaintiff purchased telecommunications services pursuant to contracts with AT&T and other telecommunications service providers.

4. Based upon the terms of these contracts, Plaintiff was charged for its telecommunications services based solely upon the elapsed transmission time of each call.

5. The distance of each call had no impact on the amount Plaintiff was charged for each individual call.

6. The telecommunications services purchased by Plaintiff were billed on a per-minute basis for each separate call made.

7. Plaintiff did not have the ability to make an unlimited number of calls within a specified geographic region for a flat or periodic fee.

8. Plaintiff paid federal communications excise taxes for its telecommunications services in excess of $3,761,394.51, for the taxable quarters ended March 31, 2001, through September 30, 2004.

9. On June 9, 2003, Plaintiff filed a timely refund claim with the Internal Revenue Service Center in Cincinnati, Ohio, for the quarters ended March 31, 2001, through March 31, 2003.

10. On November 1, 2004, Plaintiff filed a timely refund claim with the Internal Revenue Service Center in Cincinnati, Ohio, for the quarters ended June 30, 2003, through September 30, 2004.

11. The Internal Revenue Service denied Plaintiff's claims for the refunds.

**I hereby declare, under penalty of perjury, that the foregoing is true and correct.**

Executed on: February 7, 2006

FRANCIS R. FAERBER