## CERTIFICATE OF SERVICE

I, Kathleen M. Jennings, hereby certify that on this 10th day of February, 2006, a true and correct copy of the Declaration of Francis R. Faerbert in Support of Plaintiff's Opening Brief in Support of Motion for Summary Judgment on Liability was served in the manner indicated on the following individuals:

<u>Via Electronic Filing & Hand Delivery</u>
Ellen W. Slights
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899

<u>Via Electronic Filing & U.S. Mail</u>
Ivan C. Dale
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

   /s/ Kathleen M. Jennings
KATHLEEN M. JENNINGS (No. 913)