IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MBNA AMERICA BANK, N.A.**<br><br>       Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>       Defendant. | CASE NUMBER: 05-257-KAJ |

ATTACHMENTS TO DECLARATION OF FRANCIS R. FAERBER
FILED UNDER SEAL PURSUANT TO
A PROTECTIVE ORDER DATED OCTOBER 14, 2005

 

Kathleen M. Jennings, Esq. (I.D. No. 913)
Karen V. Sullivan, Esq. (I.D. No. 3872)
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, Delaware 19899-2054
(302) 576-2000

Jacob J. Miles, Esq.
Joseph A. Boyle, Esq
Paul L. Kattas, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York  10178
(212) 808-7800

Dated:  February 10, 2006