IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBNA America Bank, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-cv-257 |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendant United States of America moves this Court for summary judgment in this case, as the United States contends that there are no genuine issues of material fact and it is entitled to judgment as a matter of law. Plaintiff, MBNA America Bank, N.A., should therefore be denied its claim for refund of federal communications excise taxes.

A brief supporting this motion, an appendix of documents referenced in the brief, and a proposed order are submitted herewith.

//

//

//

//

//

//

Dated:     February 10, 2006

                                        COLM F. CONNOLLY
                                        United States Attorney

By:     ___/s/_____
        IVAN C. DALE (admitted *pro hac vice*)
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 227
        Ben Franklin Station
        Washington, DC 20044
        Telephone (202) 307-6615

**Counsel to the United States**