IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-cv-257 |
| | ) |
| United States of America, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING UNITED STATES'**
**MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the United States' motion for summary judgment, the Court finds that there are no genuine issues of material fact, and that defendant, United States, is entitled to judgment as a matter of law for the reasons outlined in the Court's opinion filed this day. It is, therefore

HEREBY ORDERED that the United States' Motion for Summary Judgment is GRANTED; and it is further

ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE