IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-cv-257 |
| | ) |
| United States of America, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' MOTION FOR SUMMARY JUDGMENT, supporting MEMORANDUM, APPENDIX, and proposed ORDER has been made upon plaintiff, this 10th day of February, 2006, by mailing a true and correct copy thereof, postage prepaid, addressed to:

   Kathleen M. Jennings, Esquire
   Karen V. Sullivan, Esquire
   Oberly, Jennings & Rhodunda, P.A.
   800 Delaware Avenue, Suite 901
   P.O. Box 2054
   Wilmington, Delaware 19899-2054

   Kelley Drye & Warren, LLP
   200 Kimball Drive
   Parsippany, NJ 07054


   ____/s/_____
   IVAN C. DALE

1538906.2