# B

[COMMITTEE PRINT]

# COMMITTEE ON WAYS AND MEANS
# HOUSE OF REPRESENTATIVES

EIGHTY-NINTH CONGRESS

FIRST SESSION

---

MATERIAL PREPARED BY THE EXECUTIVE BRANCH

CONCERNING

RECOMMENDATIONS PROPOSED BY THE PRESIDENT RELATIVE TO EXCISE AND FUEL TAXES

INCLUDING

DRAFT BILLS

AND

SECTION-BY-SECTION ANALYSIS



MAY 17, 1965

---

NOTE.—This document is printed for information only so as to make it generally available, and is not to be construed as the statement or position of the Committee or any member thereof

---

U.S. GOVERNMENT PRINTING OFFICE

WASHINGTON : 1965

47–906

# CONTENTS

|  | Page |
|---|---|
| The Excise Tax Reduction Act of 1965: | |
|     Draft bill | 1 |
|     Section-by-section analysis | 17 |
| The Airway, Waterway and Highway User Act of 1965: | |
|     Draft bill | 25 |
|     Section-by-section analysis | 35 |

III

# THE EXCISE TAX REDUCTION ACT OF 1965

### A BILL To reduce excise taxes

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That—

(a) SHORT TITLE.—This Act may be cited as the "Excise Tax Reduction Act of 1965".

(b) AMENDMENT OF 1954 CODE.—Except as otherwise expressly provided, whenever in this Act an amendment or repeal is expressed in terms of an amendment to, or repeal of, a section or other provision, the reference shall be considered to be made to a section or other provision of the Internal Revenue Code of 1954.

## TITLE I—RETAILERS' EXCISE TAXES

**SEC. 101. REPEAL OF RETAILERS' EXCISE TAXES.**

(a) IN GENERAL.—Subchapters A (relating to jewelry and related items), B (relating to furs), C (relating to toilet preparations), and D (relating to luggage, handbags, etc.) of chapter 31 are hereby repealed.

(b) TECHNICAL AND CONFORMING AMENDMENTS.—

(1) The table of subchapters for chapter 31 is amended by striking out the items relating to subchapters A, B, C, and D.

(2) Sections 4051 through 4053 are repealed and the table of sections for subchapter F of chapter 31 is amended by striking out the items relating to sections 4051, 4052, and 4053.

(3) Sections 4055 and 4057 are each amended by striking out ", in the case of the tax imposed by section 4041,".

(4) Section 4224 (relating to exemption for articles taxable as jewelry) is repealed and the table of sections for subchapter G of chapter 32 is amended by striking out the item relating to section 4224.

(5) Section 6011(c) (relating to return of retailers excise taxes by suppliers) is repealed.

## TITLE II—MANUFACTURER EXCISE TAXES

**SEC. 201. AUTOMOBILE AND AUTOMOBILE PARTS.**

Section 4061 (relating to imposition of tax) is amended—

(a) by revising subsection (a) (2) to read as follows:

"(2) (A) Articles enumerated in subparagraph (B) are taxable at whichever of the following rates is applicable:

"10 percent for the period ending June 30, 1965.

"7 percent for the period July 1, 1965, through December 31, 1965.

"6 percent for the period January 1, 1966, through December 31, 1966.

"5 percent on and after January 1, 1967.

1

"(B) The articles to which subparagraph (A) applies are:
"Automobile chassis and bodies other than those taxabl[e] under paragraph (1).
"Chassis and bodies for trailers and semitrailers (othe[r] than house trailers) suitable for use in connection with pa[s]senger automobiles.
A sale of an automobile, trailer, or semitrailer shall, for the purposes of this paragraph, be considered to be a sale of the chassi[s] and of the body."; and
  (b) by revising section 4061(b) (relating to imposition of tax o[n] parts and accessories) to read as follows:
"(b) PARTS AND ACCESSORIES.—
  "(1) Except as provided in paragraph (2), there is hereby imposed upon parts or accessories (other than tires and inner tubes) for any of the articles enumerated in subsection (a)(1) sold by the manufacturer, producer, or importer a tax equivalent to 8 percent of the price for which so sold, except that on and after July 1, 1972, the rate shall be 5 percent.
  "(2) No tax shall be imposed under this subsection upon any part or accessory which is suitable for use (and ordinarily is used) on or in connection with, or as a component part of, any article enumerated in subsection (a)(2)."
  (c) effective as provided in section 701(a)(1), by strking out in section 4061(b) ", except that on and after July 1, 1965, the rate shall be 5 percent".

**SEC. 202. LUBRICATING OIL.**

  (a) Subpart B of part III of subchapter A of chapter 32 (relating to lubricating oil) is hereby repealed and the table of subparts for such part III is amended by striking out the item relating to subpart B.
  (b) Section 4101 (relating to registration and bond) is amended—
    (1) by striking out "or section 4091" in the first sentence; and
    (2) by striking out "such sections" each place it appears in the text and inserting in lieu thereof "such section".
  (c) Section 4102 (relating to inspection of records, returns, etc., by local officers) is amended by striking out "or lubricating oils" at the end of the first sentence.

**SEC. 203. HOUSEHOLD APPLIANCES.**

  Subchapter B of chapter 32 (relating to refrigeration equipment; electric, gas, and oil appliances; and electric light bulbs) is hereby repealed and the table of subchapters for chapter 32 is amended by striking out the item relating to subchapter B.

**SEC. 204. ENTERTAINMENT EQUIPMENT.**

  Subchapter C of chapter 32 (relating to radio and television sets, phonographs and records, etc.; and to musical instruments) is hereby repealed and the table of subchapters for chapter 32 is amended by striking out the item relating to subchapter C.

**SEC. 205. RECREATIONAL EQUIPMENT.**

  Subchapter D of chapter 32 (relating to recreational equipment) is amended—
    (a) by revising section 4161 (relating to sporting goods) to read as follows:

"SEC. 4161. IMPOSITION OF TAX.

"There is hereby imposed upon the sale of fishing rods, creels, reels, and artificial lures, baits, and flies (including parts or accessories of such articles sold on or in connection therewith, or with the sale thereof) by the manufacturer, producer, or importer a tax equivalent to 10 percent of the price for which so sold."

(b) by repealing part II of such subchapter (relating to photographic equipment) and by striking out the item relating to part II in the table of parts for subchapter D.

### SEC. 206. OTHER ITEMS.

Subchapter E of chapter 32 (relating to business machines; pens and mechanical pencils and lighters; and matches) is hereby repealed and the table of subchapters for chapter 32 is amended by striking out the item relating to subchapter E.

### SEC. 207. DEFINITION OF PRICE.

(a) PARTIAL PAYMENTS.—Section 4216(c) (relating to definition of price; partial payments) is amended by striking out "that portion of the total tax which is proportionate to the portion of the total amount to be paid represented by such payment." in the material following paragraph (4) and inserting in lieu thereof "a percentage of such payment equal to the rate of tax in effect on the date such payment in due. In the case of a lease, tax shall be paid on the payments under the lease until the amount of the payments under the lease, and any prior lease, on which tax has been paid equals the constructive sale price for such article which would be determined under subsection (b) if such article were sold at retail on the date of the first lease of such article."

(b) SALES OF INSTALLMENT ACCOUNTS.—Section 4216(e) (relating to definition of price; sales of installment accounts) is amended—

(1) by striking out "total tax;" in subsection (e)(1) and inserting in lieu thereof "total tax which would be paid if such installment accounts had not been sold or otherwise disposed of (computed as provided in subsection (c));"; and

(2) by amending subsection (e)(2) to read as follows:

"(2) if any such sale is pursuant to the order of, or subject to the approval of, a court of competent jurisdiction in a bankruptcy or insolvency proceeding, the amount computed under paragraph (1) shall not exceed the sum of the amounts computed by multiplying (A) the proportionate share of the amount for which such accounts are sold which is allocable to each unpaid installment payment by (B) the rate of tax under this chapter in effect on the date such unpaid installment payment is or was due."

(c) CONFORMING AMENDMENT.—Section 6416(b)(5)(C) (relating to return of certain installment accounts) is amended by striking out "proportionate" and inserting in lieu thereof "allocable".

### SEC. 208. TECHNICAL AND CONFORMING CHANGES.

(a) Section 4216(b)(2) (relating to constructive sale price; special rule) is amended—

(1) by striking out the material immediately preceding subparagraph (A) and inserting the following in lieu thereof:

"(2) SPECIAL RULE.—If an article is sold at retail or to a retailer, and if—"

    (2) by striking out in subparagraph (A) ", to retailers, or to special dealers" and inserting in lieu thereof: "or to retailers".

    (3) by striking out "(other than special dealers)" each place it appears; and

    (4) by striking out in subparagraph (C) "4191 (relating to business machines), or 4211 (relating to matches),".

 (b) Paragraph (3) (relating to special dealer) of section 4216(b) is deleted.

 (c) Section 4218 (relating to use by manufacturer or importer considered a sale) is amended—

    (1) by changing the heading of subsection (b) to read "TIRES AND TUBES.—" and by striking out in subsection (b) the words "or an automobile radio or television receiving set taxable under section 4141,"; and

    (2) by striking out in subsection (c) the words "a radio or television component taxable under section 4141, or a camera lens taxable under section 4171,".

 (d) Section 4221 (relating to certain tax-free sales) is amended—

    (1) by striking out ", 4083, or 4093" in subsection (c) and inserting in lieu thereof "or 4083";

    (2) by striking out in subsection (d)(6)(B) the words "a radio or television component taxable under section 4141, or a camera lens taxable under section 4171,";

    (3) by striking out "or 4141" where it appears in subparagraphs (A) and (C) of subsection (e)(2);

    (4) by striking out "tire, inner tube, or automobile radio or television receiving set" in subparagraphs (A) and (C) of subsection (e)(2) and inserting in lieu thereof "tire or inner tube";

    (5) by striking out "tire, tube, or receiving set" each place it appears in subparagraphs (A)(i) and (B) of subsection (e)(2) and inserting in lieu thereof "tire or tube";

    (6) by changing the heading of subsection (e)(2) to read "TIRES AND TUBES.—";

    (7) by striking out paragraph (3) of subsection (e); and

    (8) by striking out subsection (f).

 (e) Section 4222 (relating to registration) is amended—

    (1) by striking out paragraph (4) of subsection (b); and

    (2) by striking out "4093," in subsection (d).

 (f) Section 4227 (2) is amended by striking out "and automobile radio and television receiving sets,".

**SEC. 209. REFUNDS WITH RESPECT TO FLOOR STOCKS AND CERTAIN CONSUMER PURCHASES.**

 (a) PASSENGER AUTOMOBILES, ETC.—Section 6412(a)(1) (relating to floor stocks refunds on passenger automobiles, etc.) is amended to read as follows:

    "(1) PASSENGER AUTOMOBILES, ETC.—Where before July 1, 1965, or January 1, 1966, or 1967, any article subject to the tax imposed by section 4061(a)(2) has been sold by the manufacturer, producer, or importer and on such date is held by a dealer and has not been used and is intended for sale, there shall be credited or refunded (without interest) to the manufacturer, producer, or importer an amount equal to the difference between the tax paid by the manufacturer, producer, or importer on his sale of the

article and the amount of tax made applicable to the article on and after such date, if—

"(A) claim for such credit or refund is filed with the Secretary or his delegate on or before the 10th day of the 6th calendar month beginning after such date based upon a request submitted to the manufacturer, producer, or importer before the first day of the 5th calendar month beginning after such date by the dealer who held the article in respect of which the credit or refund is claimed; and

"(B) on or before such 10th day reimbursement has been made to the dealer by the manufacturer, producer, or importer for the tax reduction on the article or written consent has been obtained from the dealer to allowance of the credit or refund."

(b) FLOOR STOCK REFUNDS; OTHER MANUFACTURERS EXCISE TAXES.—

(1) IN GENERAL.—Where before July 1, 1965, any article subject to the tax imposed by section 4111, 4121, 4141, 4151, 4171, or 4191, or where before January 1, 1966, any article subject to the tax imposed by section 4131, has been sold by the manufacturer, producer, or importer and on such date is held by a dealer and has not been used and is intended for sale, there shall be credited or refunded (without interest) to the manufacturer, producer, or importer an amount equal to the tax paid by the manufacturer, producer, or importer on his sale of the article, if—

(A) claim for such credit or refund is filed with the Secretary or his delegate on or before January 10, 1966 (or July 10, 1966, in the case of an article subject to the tax imposed by section 4131), based upon a request submitted to the manufacturer, producer, or importer before December 1, 1965 (or June 1, 1966, in the case of an article subject to the tax imposed by section 4131), by the dealer who held the article in respect of which the credit or refund is claimed; and

(B) on or before such January 10 (or July 10) reimbursement has been made to the dealer by the manufacturer, producer, or importer for the tax reduction on the article or written consent has been obtained from the dealer to allowance of the credit or refund.

(2) DEFINITIONS.—For purposes of this subsection—

(A) The term "dealer" includes a wholesaler, jobber, distributor, or retailer.

(B) An article shall be considered as "held by a dealer" if title thereto has passed to the dealer (whether or not delivery to him has been made), and if for purposes of consumption title to the article or possession thereof has not at any time been transferred to any person other than a dealer. For purposes of paragraph (1) and notwithstanding the preceding sentence, an article shall be considered as "held by a dealer" and not to have been used, although possession of such article has been transferred to another person, if such article is returned to the dealer in a transaction under which any amount paid or deposited by the transferee for such

47-906—65——2

6            EXCISE AND FUEL TAXES

article is refunded to him (other than amounts retained by the dealer to cover damage to the article). Moreover, such an article shall be considered as held by a dealer on a July 1st or January 1st, even though it is in the possession of the transferee on such date, if it is returned to the dealer (in a transaction described in the preceding sentence) within 30 days of such date.

(3) LIMITATION ON ELIGIBILITY FOR CREDIT OR REFUND.—No manufacturer, producer, or importer shall be entitled to credit or refund under paragraph (1) unless he has in his possession such evidence of the inventories with respect to which the credit or refund is claimed as may be required by regulations prescribed under this subsection.

(4) OTHER LAWS APPLICABLE.—All provisions of law, including penalties, applicable in respect of the taxes imposed by sections 4111, 4121, 4131, 4141, 4151, 4171, and 4191 shall, insofar as applicable and not inconsistent with paragraphs (1), (2), and (3) of this subsection, apply in respect of the credits and refunds provided for in paragraph (1) to the same extent as if the credits or refunds constituted overpayments of the taxes.

(c) Refunds with respect to certain consumer purchases.—

(1) IN GENERAL.—Where after May 14, 1965, and before July 1, 1965, an automotive item subject to the tax imposed by section 4061(a)(2), or a self-contained air conditioning unit subject to the tax imposed by section 4111, has been sold to an ultimate purchaser, there shall be credited or refunded (without interest) to the manufacturer, producer, or importer of such article an amount equal to the difference (if any) between the tax paid by such manufacturer, producer, or importer on his sale of the article, and the tax made applicable to the article on and after July 1, 1965, if—

    (A) claim for such credit or refund is filed with the Secretary or his delegate on or before January 10, 1966, based upon a request submitted to the manufacturer, producer, or importer before December 1, 1965, by the person who sold the article (in respect to which the credit or refund is claimed) to the ultimate purchaser; and

    (B) on or before January 10, 1966, reimbursement has been made to the ultimate purchaser for the tax reduction on the article.

(2) EXCEPTION.—No manufacturer, producer, or importer shall be entitled to a credit or refund under paragraph (1) in respect of any article if a credit or refund in respect of the same article is claimed under subsection (b).

(3) LIMITATION ON ELIGIBILITY FOR CREDIT OR REFUND.—No manufacturer, producer, or importer shall be entitled to a credit or refund under paragraph (1) with respect to an article unless he has in his possession such evidence of the sale of the article to an ultimate purchaser, and of the reimbursement of the tax to such purchaser, as may be required by regulations prescribed under this subsection.

(4) Other laws applicable.—All provisions of law, including penalties, applicable in respect to the taxes imposed by sections

4111 and 4061(a)(2) shall, insofar as applicable and not inconsistent with paragraphs (1), (2), and (3) of this subsection, apply in respect of the credits and refunds provided for in paragraph (1) to the same extent as if the credits or refunds constituted overpayments of the tax.

(d) Section 6412(e) (relating to cross reference) is deleted.

## TITLE III—TAX ON FACILITIES AND SERVICES

### SEC. 301. REPEAL OF ADMISSIONS AND CLUB DUES TAXES.

Subchapter A (relating to admissions and club dues) of chapter 33 is hereby repealed and the table of subchapters for chapter 33 is amended by striking out the item relating to subchapter A.

### SEC. 302. COMMUNICATIONS TAX.

Subchapter B or chapter 33 (relating to communications taxes) is amended to read as follows:

#### "Subchapter B—Communications

"Sec. 4251. Imposition of tax.
"Sec. 4252. Definitions.
"Sec. 4253. Exemptions.
"Sec. 4254. Computation of tax.

### "SEC. 4251. IMPOSITION OF TAX.

"(a) IN GENERAL.—

"(1) Except as provided in subsection (b), there is hereby imposed on amounts paid for the following communication services a tax equal to the percent of the amount so paid as is specified in paragraph (2):

"Local telephone service.
"Toll telephone service.
"Teletypewriter exchange service.

The taxes imposed by this section shall be paid by the person paying for the services.

"(2) The rate of tax referred to in paragraph (1) is as follows:

| | |
|---|---|
| "Amounts paid before January 1, 1966 | 10 percent |
| "Amounts paid after December 31, 1965 and before January 1, 1967 | 3 percent |
| "Amounts paid after December 31, 1966 and before January 1, 1968 | 2 percent |
| "Amounts paid after December 31, 1967 and before January 1, 1969 | 1 percent |

"(b) EFFECTIVE DATE OF REDUCTIONS.—Except as otherwise provided in this subsection, the tax imposed by subsection (a) shall not apply to amounts paid on or after January 1, 1969. In the case of amounts paid pursuant to bills rendered on or after a January 1st (on which a new tax rate goes into effect) for services for which no previous bill was rendered, the new tax rate shall apply to such amounts except with respect to amounts paid for any such services as were rendered more than two months before such January 1st. A new tax rate shall not apply with respect to amounts paid for services rendered more than 2 months before the January 1st on which such new rate goes into effect. As used in this subsection, the term "new tax rate" includes the termination of the tax.

"SEC. 4252. DEFINITIONS.

"(a) LOCAL TELEPHONE SERVICE.—For purposes of this subchapter, the term 'local telephone service' means—

"(1) the access to a local telephone system, and the privilege of telephonic quality communication with substantially all persons having telephone or radio telephone stations constituting a part of such local telephone system, and

"(2) any facility or service provided in connection with a service described in paragraph (1),

to which the subscriber is entitled upon payment of a charge or charges other than a toll charge. The term 'local telephone service' does not include any service which is a 'toll telephone service' or a 'private communication service' as defined in subsections (b) and (d).

"(b) TOLL TELEPHONE SERVICE. For purposes of this subchapter, the term 'toll telephone service' means—

"(1) a telephonic quality communication for which (A) there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication and (B) the charge is paid within the United States, and

"(2) a service which entitles the subscriber, upon payment of a periodic charge (determined as a flat amount or upon the basis of total elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all or a substantial portion of the persons having telephone or radio telephone stations in a specified area which is outside the local telephone system area in which the station provided with this service is located.

"(c) TELETYPEWRITER EXCHANGE SERVICE.—For purposes of this subchapter, the term 'teletypewriter exchange service' means the access from a teletypewriter or other data station to the teletypewriter exchange system of which such station is a part, and the privilege of intercommunication by such station with substantially all persons having teletypewriter or other data stations constituting a part of the same teletypewriter exchange system, to which the subscriber is entitled upon payment of a charge or charges (whether such charge or charges are determined as a flat periodic amount, on the basis of distance and elapsed transmission time, or in some other manner).

"(d) PRIVATE COMMUNICATION SERVICE.—For purposes of this subchapter, the term 'private communication service' means—

"(1) the communication service furnished to a subscriber in consideration of a charge which entitles the subscriber to exclusive or priority use of any communication channel or groups of channels (regardless of whether such channel or groups of channels may be connected through switching with a service described in subsection (a), (b)(2), or (c) for which a separate charge is paid),

"(2) switching capacity, extension lines and stations, or other associated services which are provided in connection with, and are necessary or unique to the use of, channels described in paragraph (1), and

"(3) the channel mileage which connects a telephone station located outside a local telephone system area with a central office in such local telephone system,

except that such term does not include any communication service for which a separate charge is not made.

"SEC. 4253. EXEMPTIONS.

"(a) CERTAIN COIN-OPERATED SERVICE.—Service paid for by inserting coins in coin-operated telephones available to the public shall not be subject to the tax imposed by section 4251 if the charge for such telephone service is less than 25 cents; except that where such coin-operated telephone service is furnished for a guaranteed amount, the amounts paid under such guarantee plus any fixed monthly or other periodic charge shall be subject to the tax.

"(b) NEWS SERVICES.—No tax shall be imposed under section 4251, except with respect to local telephone service, on any payment received from any person for services used in the collection of news for the public press, or a news ticker service furnishing a general news service similar to that of the public press, or radio broadcasting, or in the dissemination of news through the public press, or a news ticker service furnishing a general news service similar to that of the public press, or by means of radio broadcasting, if the charge for such service is billed in writing to such person.

"(c) INTERNATIONAL, ETC., ORGANIZATIONS.—No tax shall be imposed under section 4251 on any payment received for services furnished to an international organization or to the American National Red Cross.

"(d) SERVICEMEN IN COMBAT ZONE.—No tax shall be imposed under section 4251 on any payment received for any toll telephone service which originates within a combat zone, as defined in section 112, from a member of the Armed Forces of the United States performing service in such combat zone, as determined under such section, provided a certificate, setting forth such facts as the Secretary or his delegate may be regulations prescribe, is furnished to the person receiving such payment.

"(e) ITEMS OTHERWISE TAXED.—Only one payment of tax under section 4251 shall be required with respect to the tax on any service, notwithstanding the lines or stations of one or more persons are used in furnishing such service.

"(f) COMMON CARRIERS AND COMMUNICATIONS COMPANIES.—No tax shall be imposed under section 4251 on the amount paid for any toll telephone service described in section 4252(b)(2) to the extent that the amount so paid is for use by a common carrier, telephone or telegraph company, or radio broadcasting station or network in the conduct of its business as such.

"(g) INSTALLATION CHARGES.—No tax shall be imposed under section 4251 on so much of any amount paid for the installation of any instrument, wire, pole, switchboard, apparatus, or equipment as is properly attributable to such installation.

"SEC. 4254. COMPUTATION OF TAX.

"(a) GENERAL RULE.—If a bill is rendered the taxpayer for local telephone service or toll telephone service—

"(1) the amount on which the tax with respect to such services shall be based shall be the sum of all charges for such services included in the bill; except that

"(2) if the person who renders the bill groups individual items for purposes of rendering the bill and computing the tax, then (A) the amount on which the tax with respect to each such group shall be based shall be the sum of all items within that group, and (B) the tax on the remaining items not included in

10                  EXCISE AND FUEL TAXES

any such group shall be based on the charge for each item separately.

"(b) WHERE PAYMENT IS MADE FOR TOLL TELEPHONE SERVICE IN COIN-OPERATED TELEPHONES.—If the tax imposed by section 4251 with respect to toll telephone service is paid by inserting coins in coin-operated telephones, tax shall be computed to the nearest multiple of 5 cents, except that where the tax is midway between multiples of 5 cents, the next higher multiple shall apply."

### SEC. 303. TAX ON TRANSPORTATION OF PERSONS BY AIR.

(a) Section 4261 of the Internal Revenue Code of 1954 (relating to imposition of tax on transportation of persons by air) is amended by striking out "November 15, 1962, and before July 1, 1965" wherever it appears and inserting in lieu thereof "November 15, 1962".

(b) Section 5(e) of the Tax Rate Extension Act of 1962 (76 Stat. 119) is amended to read as follows:

"(e) SPECIAL CREDIT OR REFUND OF TRANSPORTATION TAX.— Notwithstanding any other provision of law, in any case in which tax has been collected before November 16, 1962, for or in connection with the transportation of persons which begins on or after November 16, 1962, the person who collected the tax shall pay the same over to the United States; but credit or refund (without interest) of the tax collected in excess of that applicable to transportation which begins on or after November 16, 1962, shall be allowed to the person who collected the tax as if such credit or refund were a credit or refund under the applicable provision of the Internal Revenue Code of 1954, but only to the extent that, before the time such transportation has begun, he has repaid the amount of such excess to the person from whom he collected the tax, or has obtained the consent of such person to the allowance of the credit or refund. For the purpose of this subsection, transportation shall not be considered to have begun on or after November 16, 1962, if any part of the transportation paid for (or for which payment has been obligated) commenced before such date."

### SEC. 304. SAFE DEPOSIT BOXES.

Subchapter D of chapter 33 (relating to safe deposit boxes) is hereby repealed and the table of subchapters for chapter 33 is amended by striking out the item relating to subchapter D.

### SEC. 305. TECHNICAL AND CONFORMING CHANGES.

Section 4291 (relating to cases where persons receiving payment must collect tax) is amended to read as follows:

"SEC. 4291. CASES WHERE PERSONS RECEIVING PAYMENT MUST COLLECT TAX.

"Except as otherwise provided in section 4264(a), every person receiving any payment for facilities or services on which a tax is imposed upon the payor thereof under this chapter shall collect the amount of the tax from the person making such payment."

# EXCISE TAX REDUCTION ACT OF 1965

SECTION-BY-SECTION ANALYSIS

TITLE I—RETAILERS EXCISE TAXES

*Section 101. Repeal of retailers excise taxes*

Subsection (a) of section 101 of the bill repeals the retailers excise taxes imposed under subchapters A through D of chapter 31 of the Internal Revenue Code. The repealed taxes are those imposed on jewelry and related items, on furs, on toilet preparations, and on luggage, handbags, etc.

Subsection (b) of section 101 makes necessary technical and conforming amendments.

TITLE II—MANUFACTURERS EXCISE TAXES

*Section 201. Automobile and automobile parts*

Subsection (a) of section 201 of the bill, by amending section 4061(a)(2) of the code, reduces, in three steps, the present 10-percent manufacturers excise tax imposed on the sale of automobile chassis, bodies, and trailers to 5 percent. The manufacturers excise tax on automobiles will be 7 percent for the period July 1–December 31, 1965; 6 percent for the calendar year 1966; and 5 percent thereafter.

Subsection (b) of section 201 of the bill repeals the present 8-percent tax on parts and accessories (other than tires and inner tubes) for automobile chassis, bodies, and trailers. However, automobile parts and accessories (such as automobile radio and television sets) included as original equipment on an automobile will continue to be included in the tax base for the purposes of section 4061(a)(2). The tax is continued on parts or accessories for trucks, buses, and other items subject to tax under section 4061(a)(1). However, to ease identification problems, parts or accessories which are used interchangeably on automobiles and trucks (or buses) would not be taxed. As in the case of the tax on the sale of trucks, buses, etc., the tax on the parts and accessories will be reduced to 5 percent on and after July 1, 1972.

*Section 202. Lubricating oil*

Section 202 of the bill repeals the manufacturers excise tax on lubricating oil.

*Section 203. Household appliances*

Section 203 of the bill repeals the manufacturers excise taxes imposed on household type refrigerators and freezers and self-contained air-conditioning units, on household-type electric, gas, and oil appliances, and on electric light bulbs.

*Section 204. Entertainment equipment*

Section 204 of the bill repeals the taxes imposed on radio and television sets and components, phonographs, and phonograph records, and on musical instruments.

17

20 EXCISE AND FUEL TAXES

sumers between May 15, 1965 (the date of the President's announcement recommending the repeal of the tax) and July 1, 1965 (the effective date of the repeal). Under this procedure, the manufacturer will be allowed a credit or refund of the tax he paid on any such article if this tax has been refunded to the consumer. The procedure for claiming this credit or refund will be substantially the same as that applicable in the case of floor stock refunds. Under the procedure, the consumer may be reimbursed by either the manufacturer or the dealer from whom he purchased the article. However, in order for the manufacturer to qualify for the credit or refund, he must have in his possession evidence that the article has been sold to a consumer and that the consumer has been reimbursed. The form of this evidence will be prescribed by regulations of the Secretary of the Treasury or his delegate.

Subsection (d) of section 209 of the bill deletes code section 6412(e) which contains a cross reference to provisions which have been repealed.

## TITLE III—TAX ON FACILITIES AND SERVICES

*Section 301. Repeal of admissions and club dues taxes*

Section 301 of the bill repeals the excise taxes imposed on admission and cabaret charges and on club dues and membership fees.

*Section 302. Communications tax*

(a) *Changes in rates and taxable services.*—Section 302 of the bill amends subchapter B of chapter 33 of the code, relating to communications taxes, to provide for the repeal, in four steps, of the tax on general and toll telephone service and teletypewriter exchange service. Such section also provides for the repeal of the tax on private communications services, telegraph service, and wire and equipment service, effective January 1, 1966.

Under section 4251 of the code, as amended by the bill, the rates of tax on local and toll telephone service and on teletypewriter exchange service are as follows: 10 percent on amounts paid before January 1, 1966; 3 percent on amounts paid during calendar 1966; 2 percent on amounts paid during calendar year 1967; 1 percent on amounts paid during calendar year 1968. No tax will apply to amounts paid on or after January 1, 1969.

The effective date of these reductions is determined under section 4251(b) of the code, as amended by this section of the bill. In the case of amounts paid pursuant to bills rendered on or after a particular January 1 on which a new tax rate goes into effect for services for which no previous bill was rendered, the new tax rate shall apply to such amounts except with respect to amounts for services rendered more than 2 months before the January 1 effective date. The old tax rate applies with respect to amounts paid for services rendered more than 2 months before the January 1 effective date for the new tax rate.

(b) *Changes in definitions.*—The definitions in the present law have been revised to reflect the exemption for private communications services.

(1) Local telephone service: Section 4252(a) of the code, as amended by the bill, provides that "local telephone service" (formerly "general telephone service") means—

(A) the access to a local telephone system, and the privilege of telephonic quality communications with substantially all persons having telephone or radio telephone stations constituting a part of such local telephone system, and

(B) any facility or services provided in connection with a service described under (A) above,

to which the subscriber is entitled upon payment of a charge or charges other than a toll charge. This definition is in contrast with the definition under present law which taxes the entire charge with respect to a telephone station which has access to the local exchange system. Under this definition, the existing provision that an extension line is taxable is not changed. The definition of "local telephone service" excludes any service which is a "private communication service" or a "toll telephone service" as defined in section 4252.

(2) Toll telephone service: Paragraph (1) of section 4252(b) of the code, as amended by the bill, defines "toll telephone service" to mean a telephonic quality communication for which (A) there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication, and (b) the charge is paid within the United States. This definition is basically the same as present law except for clarifying changes. Paragraph (2) of section 4252(b) of the code as amended by the bill includes WATS (wide area telephone service) in the definition of toll telephone service. WATS is a long-distance service, whereby, for a flat charge, the subscriber is entitled to make unlimited calls within a defined area (sometimes limited to a maximum number of hours). Under present law, WATS is classified as "general telephone service"; it would appear to be more properly classified as "toll telephone service."

(3) Teletypewriter exchange service: Under section 4252(c) of the code, as amended by the bill, the term "teletypewriter exchange service" means the access from a teletypewriter or other data station to the teletypewriter exchange system of which such station is a part, and the privilege of intercommunication by such station with substantially all persons having teletypewriter or other data stations constituting a part of the same teletypewriter exchange system, to which the subscriber is entitled upon payment of a charge or charges. This definition is similar in operation to the definition of "local telephone service," in which the service furnished (rather than the equipment furnished) is the important factor.

(4) Private communication service: Under present law, a private communication system (that is, a communication system solely for the use of a single subscriber) is taxable as a general telephone service to the extent it involves telephones that have access outside the private system to a local exchange system. Similarly, a private line is presently taxed as a general telephone service if it is routed through a local exchange. These services, along with associated services which are necessary or unique to such private communication services, constitute "private communication services" as defined in paragraphs (1) and (2) of section 4252(d) of the code, as amended by the bill, if a separate charge is made for such services. Paragraph (3) of section 4252(d) of the code includes in the definition of "private communication service" the channel mileage which connects a telephone station located outside a local exchange system area with a central office in such local telephone system if a separate charge for such service