THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MBNA AMERICA BANK, N.A.** <br> Plaintiff, <br><br> v. <br><br> **UNITED STATES OF AMERICA**, <br> Defendant. | **CASE NUMBER: 05-257-KAJ** |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY

**COMES NOW**, Plaintiff, MBNA America Bank, N.A., by and through its undersigned counsel, and moves this Honorable Court pursuant to Federal Rule of Civil Procedure 56 (a) to grant summary judgment on its behalf. In support hereof, Plaintiff is contemporaneously filing herewith its Opening Brief in Support of Motion for Summary Judgment on Liability.

Dated:  February 10, 2006

/s/ Kathleen M. Jennings
Kathleen M. Jennings, Esq. (I.D. No. 913)
Karen V. Sullivan, Esq. (I.D. No. 3872)
OBERLY, JENNINGS & RHODUNDA, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, Delaware 19899-2054
(302) 576-2000

Kelley Drye & Warren LLP
Jacob J. Miles, Esq.
Joseph A. Boyle, Esq.
Paul L. Kattas, Esq.
101 Park Avenue
New York, New York  10178

Attorneys for Plaintiff
MBNA AMERICA BANK, N.A.