THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MBNA AMERICA BANK, N.A.** <br> Plaintiff, <br> v. <br> **UNITED STATES OF AMERICA**, <br> Defendant. | **CASE NUMBER: 05-257-KAJ** |

**ORDER**

**IT IS ORDERED** this ___ day of _____, 2006, that Plaintiff's Motion for Summary Judgment is hereby GRANTED.

_____
**THE HONORABLE KENT A. JORDAN**