## CERTIFICATE OF SERVICE

      I, Kathleen M. Jennings, hereby certify that on this 10th day of February, 2006, a true and correct copy of the Plaintiff's Motion for Summary Judgment on Liability was served in the manner indicated on the following individuals:

<u>Via Electronic Filing & Hand Delivery</u>
Ellen W. Slights
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899

<u>Via Electronic Filing & U.S. Mail</u>
Ivan C. Dale
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

    /s/ Kathleen M. Jennings
KATHLEEN M. JENNINGS (No. 913)