28 of 30 DOCUMENTS

PRIVATE RULING 9710003

INTERNAL REVENUE SERVICE NATIONAL OFFICE TECHNICAL ADVICE MEMORANDUM

"This document may not be used or cited as precedent. Section 6110(j)(3) of the Internal Revenue Code."

Section 4251
Communications Tax

4251.00-00

*PLR 9710003; 1996 PLR LEXIS 2228*

**DATE:** November 19, 1996

[*3]         Control No.: TAM-248728-96

Taxpayer's Name: * * *
Taxpayer's Address: * * *
Taxpayer Identification No.: * * *
Quarters Involved: * * *
No Conference Held

LEGEND:
* * *

### ISSUE

1 Is the taxpayer exempt from the tax imposed by *section 4251 of the Internal Revenue Code* with respect to the service [*4] described below by virtue of the exemption from tax for common carriers and communications companies provided by section 4253(f)?

### FACTS

2 The taxpayer is a common carrier within the meaning of section 4253(f). In the conduct of its business it subscribes to telephone service A. The service provides the taxpayer with both outbound and inbound service.

3 Service A is a virtual private network that provides long-distance telephone service by using the carrier's publicly switched network with either dedicated or switched access to connect the subscriber with the carrier's long-distance lines. The schedule of rates for service A is based on distance bands and the duration [*5] of transmission. It has one rate for the first 18 seconds (or fraction

thereof) of each individual transmission, and an additional rate for each additional six seconds (or fraction thereof) that is 1/3 of the rate for the first 18 seconds. The service is time-of-day sensitive with different rates for day, evening, and night or weekend use. It also has additional schedules that provide reduced rates for transmissions that use an on-network (dedicated) line. The taxpayer is billed monthly based on the sum of the charges under the different rate schedules, less applicable discounts.

## APPLICABLE LAW

4 Section 4251(a)(1) imposes a tax on amounts paid for certain communications services. Section 4251(b)(1) provides that the term communications services includes toll telephone [*6] service.

5 Section 4252(b) defines "toll telephone service" as:

(1) a telephonic quality communication for which (A) there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication and (B) the charge is paid in the United States, and

(2) a service which entitles the subscriber, upon payment of a periodic charge (determined as a flat amount or upon the basis of total elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all or a substantial portion of the persons having telephone or radio telephone stations in a specified area which is outside the local telephone system area in which [*7] the station provided with the service is located.

6 Section 4253(f) provides that no tax shall be imposed under section 4251 on the amount paid for any toll telephone service described in section 4252(b)(2) to the extent that the amount so paid is for use by a common carrier, telephone or telegraph company, or radio broadcasting station or network in the conduct of its business as such.

## RATIONALE

7 As provided by section 4253(f), amounts paid for the use of any toll telephone service described in section 4252(b)(2) by a common carrier or communications company in the conduct of its business as such are exempt from [*8] the communications tax. However, common carriers or communications companies are not exempt with respect to toll telephone service that is described in section 4252(b)(1) but is not described in section 4252(b)(2).

8 The definition contained in section 4252(b)(2) was intended to describe service commonly known as wide area telephone service or WATS, which is described in the legislative history to section 4252 as a service whereby for a flat charge the subscriber is entitled to make an unlimited number of calls within a defined area (sometimes limited as to the maximum amount of hours). See H. Rep. No. 433, 89th Cong., 1st Sess. 30-31 (1965), *1965-2 C.B. 643, 666;* S.

Rep. No. 324, 89th Cong., 1st Sess. 36 (1965), *1965-2 C.B. 676, 704.* Thus, WATS resembles on a wide area basis a service similar to traditional local telephone service wherein the subscriber pays a fixed monthly rate [*9] for an unlimited number of calls and the charge does not vary according to the length, destination, or number of calls.

9 The taxpayer argues that the service is described within section 4252(b)(2). That is, within distance bands the charge per fixed unit of time is the same so that the charge may be computed based upon "total elapsed transmission time" as this phrase is used in the parenthetical in section 4252(b)(2). However, the service that the taxpayer has purchased is not limited to a single distance band but instead allows the taxpayer to make toll calls to any band. The calls are billed based on the distance band and duration of each individual call, not on a flat periodic charge for all calls to a specified area or on the total elapsed transmission time of all calls to a specified area.

[*10]

10 Thus, the service in question is service described in section 4252(b)(1) and not service described in section 4252(b)(2). That is, service A does not provide the taxpayer with a service that entitles the taxpayer to an unlimited number of calls to a specified service area for which a charge is made based on a flat fee or elapsed transmission time but instead provides the taxpayer with telephone service for which the taxpayer is charged an amount that varies based upon the time and distance of each call.

## CONCLUSION

11 The taxpayer is not exempt from the tax imposed by section 4251 with respect to the service described above by virtue of the exemption from tax for common carriers and communications companies [*11] provided by section 4253(f).

12 A copy of this technical advice memorandum is to be given to the taxpayer. Section 6110(j)(3) provides that it shall not be used or cited as precedent. In accordance with section 6110(c), names, addresses, and other identifying numbers have been deleted.