**CERTIFICATE OF SERVICE**

      I, Kathleen M. Jennings, hereby certify that on this 10th day of February, 2006, a true and correct copy of the Plaintiff's Opening Brief in Support of Motion for Summary Judgment on Liability was served in the manner indicated on the following individuals:

| Via Electronic Filing & Hand Delivery | Via Electronic Filing & U.S. Mail |
|---|---|
| Ellen W. Slights | Ivan C. Dale |
| Assistant United States Attorney | Trial Attorney, Tax Division |
| 1007 Orange Street, Suite 700 | United States Department of Justice |
| P.O. Box 2046 | P.O. Box 227 |
| Wilmington, DE 19899 | Ben Franklin Station |
| | Washington, DC 20044 |

      /s/ Kathleen M. Jennings
      KATHLEEN M. JENNINGS (No. 913)