

U.S. Department of Justice

Tax Division

Civil Trial Section, Eastern Region

ICDale:jcc
5-15-1565
CMN 2005104288

Post Office Box 227
Washington, DC 20044

Telephone: (202) 307-6615
Telecopier: (202) 514-6866

February 16, 2006

VIA FEDERAL EXPRESS

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Room 6325
Lockbox 10
Wilmington, Delaware 19801

FILED
2006 FEB 17  AM 11: 21
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re:   MBNA America Bank, N.A. v. United States,
      Civ. No. 05-257 (KAJ) (USDC D. Del.)

Dear Judge Jordan:

   Per the e-mail of Robert Cruikshank of your office, please find enclosed a courtesy copy of the motion papers filed on behalf of the United States on February 10, 2006. Please note that item no. 38 on the docket sheet was filed in error, and the Clerk shall be so advised.

   If you have any questions or concerns, please contact me at (202) 307-6615.

Respectfully submitted,

IVAN C. DALE
Trial Attorney
Civil Trial Section, Eastern Region

✓ deleted DI 38 From Docket - 2/17/06 - RWC