## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-cv-257 |
| | ) |
| United States of America, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' BRIEF OPPOSING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, and DECLARATION OF ALAN PEARCE, has been made upon plaintiff, this 28th day of February, 2006, by mailing a true and correct copy thereof, postage prepaid, addressed to:

>   Kathleen M. Jennings, Esquire
>   Karen V. Sullivan, Esquire
>   Oberly, Jennings & Rhodunda, P.A.
>   800 Delaware Avenue, Suite 901
>   P.O. Box 2054
>   Wilmington, Delaware 19899-2054
>
>   Kelley Drye & Warren, LLP
>   200 Kimball Drive
>   Parsippany, NJ 07054

_____/s/_____
IVAN C. DALE

1538906.2