## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )    Civil No. 05-cv-257 |
| | ) |
| United States of America, | ) |
| | ) |
|     Defendant. | ) |

### REPORT OF RECENT RULING

Attached is a true and correct copy of the opinion of the United States Court of Appeals for the Third Circuit in the case of <u>Reese Bros., Inc. v. United States</u>, No. 05-2135 (3d Cir. May 9, 2006).

Dated:    May 10, 2006

                                                      Respectfully submitted,

                                                      COLM F. CONNOLLY
                                                      United States Attorney

                      By:      /s/
                                       IVAN C. DALE
                                       Trial Attorney, Tax Division
                                       United States Department of Justice
                                       P.O. Box 227
                                       Ben Franklin Station
                                       Washington, DC 20044
                                       (202) 307-6615