# OBERLY, JENNINGS & RHODUNDA, P.A.
1220 Market Street – Suite 710
P. O. Box 2054
Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
―――――
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail kjennings@ojlaw.com

May 11, 2006

Via E-filing
The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 North King Street
Lockbox 10
Wilmington, DE 19801

RE: MBNA American Bank, N.A. v. United States, 05-257 (KAJ)

Dear Judge Jordan:

Pursuant to D. Del. LR 7.1.2(c), Plaintiff MBNA encloses for the Court's consideration *Reese Brothers v. United States of America*, __ F.3d __, 2006 WL 1228908 (3d. Cir. May 9, 2006). We bring this case to the Court's attention because MBNA believes it is dispositive of the issues pending before Your Honor in the parties' cross motions for summary judgment (D.I. 37, 39, 41 and 42). Moreover, Defendant United States of America previously cited pendancy of this appeal as the basis for an unsuccessful motion to stay (D.I. 17).

Respectfully Submitted,

KATHLEEN M. JENNINGS (No. 913)

KMJ/all
Enclosure
cc:    Ellen W. Slights
       Ivan C. Dale