# OBERLY, JENNINGS & RHODUNDA, P.A.
1220 Market Street – Suite 710
P. O. Box 2054
Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
-----------
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

June 8, 2006

Via e-filing & hand delivery
The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

RE:  MBNA America Bank, N.A. v. United States, 05-257 (KAJ)

Dear Judge Jordan:

I write on behalf of both parties to advise that the parties hope to resolve this action by stipulated judgment within 45 days. Your Honor's May 23, 2006 Memorandum Order granting MBNA America Bank, N.A. ("MBNA") summary judgment on liability leaves open only the issue of the proper calculation of the refund due to MBNA for federal communications excise taxes for the taxable quarters ended March 31, 2001 through September 30, 2004 and statutory interest thereon.[1] The parties are working together informally to determine whether this amount can be agreed upon. This is a time-intensive process, involving the review of three and one-half years of invoices describing millions of calls. The parties believe the review will be completed within 45 days and will result either in a final stipulated judgment or the identification of narrow issues of dispute that will require determination by the Court.

Because the parties anticipate consensually resolving this action by stipulated judgment within 45 days, the parties respectfully request that the Court not enter a trial scheduling order at this time. Instead, the parties respectfully suggest that the Court allow the parties until July 31, 2006[2] to submit either a proposed stipulated judgment or an interim status report briefly outlining

---

[1] Consistent with Your Honor's Memorandum Order, and pursuant to IRS Notice 2006-50, issued on May 25, 2006 and attached hereto, the United States' position in this or any other litigation will now reflect the determination that the communications excise tax does not apply to long distance telephone service to the extent described in the attached Notice.

[2] 45 days from today is June 23, 2006. Because Kathleen M. Jennings, Esquire and I are both out of the office the week of June 24, we respectfully request until the following Monday, July 31, 2006.

any issues upon which agreement cannot be reached and a proposal for how to bring the case to a conclusion. For Your Honor's convenience and consideration, I am enclosing a proposed order to this effect.

    Should the Court have any questions, both Ivan Dale, on behalf of the United States, and I are available at the convenience of the Court.

**Respectfully,**

*[signature: Karen V Sullivan]*

**KAREN V. SULLIVAN (No. 3872)**

Enclosures
cc:    Ivan C. Dale, Esquire (via efiling)
       Ellen W. Slights, AUSA (via efiling)
       Paul L. Kattas, Esquire (via email)
       Dr. Peter T. Dalleo, Clerk of Court (via efiling)