THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MBNA AMERICA BANK, N.A.** <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br><br> Defendant. | **CASE NUMBER: 05-257-KAJ** |

## ORDER

**IT IS ORDERED** this ___ day of _____, 2006, that the parties shall submit on or before July 31, 2006 either a proposed stipulated judgment or an interim status report outlining any remaining issues to be addressed and a proposal for bringing the case to a conclusion.

_____
**THE HONORABLE KENT A. JORDAN**