IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA AMERICA BANK, N.A., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-257-KAJ |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER**

At Wilmington, this 12th day of June, 2006,

IT IS HEREBY ORDERED that the parties shall have until July 31, 2006, to submit either a proposed stipulated judgment or an interim status report briefly outlining any issues upon which agreement cannot be reached and a proposal for how to bring the case to a conclusion.

_____
UNITED STATES DISTRICT JUDGE