# OBERLY, JENNINGS & RHODUNDA, P.A.
1220 Market Street – Suite 710
P. O. Box 2054
Wilmington, Delaware 19899

**Charles M. Oberly, III**
**Kathleen M. Jennings**
**William J. Rhodunda, Jr.**
-----------
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail kjennings@ojlaw.com

July 31, 2006

<u>Via E-filing</u>
The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 North King Street, Lockbox 10
Wilmington, DE 19801

    Re:   <u>MBNA American Bank, N.A. v. United States, 05-257 (KAJ)</u>

Dear Judge Jordan:

    By Order dated June 12, 2006, Your Honor required counsel to report to the Court on the status of the above-captioned action. Please accept this letter as Plaintiff's report.

    The parties have spent significant amounts of time verifying the amount of federal communications excise taxes that Plaintiff paid during the relevant period and for which Plaintiff is entitled to a refund. After negotiations and a review of Plaintiff's contracts and invoices by the Government's tax examiner, we received a letter from the Government's counsel on July 31 that sets forth an amount of federal communications excise taxes that was paid by Plaintiff during the time period at issue. The numbers are broken down by month and by quarter and are subject to final approval at upper levels of the Department of Justice.

    Plaintiff is in agreement with these amounts and is prepared to enter into a stipulated judgment in favor of Plaintiff for the amounts in the July 31 letter plus statutory interest. We have conveyed this to counsel for the Government. We understand that counsel for the Government is requesting an additional 30 to 45 days to obtain final approval of the proposed settlement amounts from the Department of Justice. Plaintiff objects to the amount of additional time that the government is seeking. In the event the Court is inclined to provide additional time, plaintiff requests that it not be more than 30 days.

I am available at the Court's convenience to answer any questions.

Respectfully Submitted,

KATHLEEN M. JENNINGS (No. 913)

KMJ/all
cc:   Ellen W. Slights, AUSA
      Ivan C. Dale, Esquire