28 CFR 0.160

LEXSTAT 28 C.F.R. 0.160

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright (c) 2006, by Matthew Bender & Company, a member
of the LexisNexis Group. All rights reserved.

\*\*\* THIS SECTION IS CURRENT THROUGH THE JULY 13, 2006 ISSUE OF \*\*\*
\*\*\* THE FEDERAL REGISTER \*\*\*

TITLE 28 -- JUDICIAL ADMINISTRATION
CHAPTER I -- DEPARTMENT OF JUSTICE
PART 0 -- ORGANIZATION OF THE DEPARTMENT OF JUSTICE
SUBPART Y -- AUTHORITY TO COMPROMISE AND CLOSE CIVIL CLAIMS AND RESPONSIBILITY FOR JUDGMENTS, FINES, PENALTIES, AND FORFEITURES

**Go to the CFR Archive Directory**

*28 CFR 0.160*

§ 0.160 Offers that may be accepted by Assistant Attorneys General.

(a) Subject to the limitations set forth in paragraph (c) of this section, Assistant Attorneys General are authorized, with respect to matters assigned to their respective divisions, to:

(1) Accept offers in compromise of claims asserted by the United States in all cases in which the difference between the gross amount of the original claim and the proposed settlement does not exceed $ 2,000,000 or 15 percent of the original claim, whichever is greater;

(2) Accept offers in compromise of, or settle administratively, claims against the United States in all cases in which the principal amount of the proposed settlement does not exceed $ 2,000,000; and

(3) Accept offers in compromise in all nonmonetary cases.

(b) Subject to the limitations set forth in paragraph (c) of this section, the Assistant Attorney General, Tax Division, is further authorized to accept offers in compromise of, or settle administratively, claims against the United States, regardless of the amount of the proposed settlement, in all cases in which the Joint Committee on Taxation has indicated that it has no adverse criticism of the proposed settlement.

(c) Any proposed settlement, regardless of amount or circumstances, must be referred to the Deputy Attorney General or the Associate Attorney General, as appropriate:

(1) When, for any reason, the compromise of a particular claim would, as a practical matter, control or adversely influence the disposition of other claims and the compromise of all the claims taken together would exceed the authority delegated by paragraph (a) of this section; or

(2) When the Assistant Attorney General concerned is of the opinion that because of a question of law or policy presented, or because of opposition to the proposed settlement by a department or agency involved, or for any other reason, the proposed settlement should receive the personal attention of the Deputy Attorney General or the Associate Attorney General, as appropriate;

(3) When the proposed settlement converts into a mandatory duty the otherwise discretionary authority of a department or agency to promulgate, revise, or rescind regulations;

(4) When the proposed settlement commits a department or agency to expend funds that Congress has not appropriated and that have not been budgeted for the action in question, or commits a department or agency to seek particular appropriation or budget authorization; or

28 CFR 0.160

(5) When the proposed settlement otherwise limits the discretion of a department or agency to make policy or managerial decisions committed to the department or agency by Congress or by the Constitution.

**HISTORY:** [Order No. 1478-91, *56 FR 8923,* Mar. 4, 1991; Order No. 1958-95, Mar. 27, 1995]

**AUTHORITY:** AUTHORITY NOTE APPLICABLE TO ENTIRE PART:
*5 U.S.C. 301; 28 U.S.C. 509,* 510, 515-519.

**NOTES:** NOTES APPLICABLE TO ENTIRE CHAPTER:
CROSS REFERENCES: Customs Service, Department of the Treasury: See Customs Duties, 19 CFR chapter I.
Internal Revenue Service, Department of the Treasury: See Internal Revenue Service, 26 CFR chapter I.
Employees' Benefits: See title 20.
Federal Trade Commission: See Commercial Practices, 16 CFR chapter I.
 Other regulations issued by the Department of Justice appear in title 4; title 8; title 21; title 45; title 48.

443 words

28 CFR 0.161

LEXSTAT 28 C.F.R. 0.160

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright (c) 2006, by Matthew Bender & Company, a member
of the LexisNexis Group. All rights reserved.

\*\*\* THIS SECTION IS CURRENT THROUGH THE JULY 13, 2006 ISSUE OF \*\*\*
\*\*\* THE FEDERAL REGISTER \*\*\*

TITLE 28 -- JUDICIAL ADMINISTRATION
CHAPTER I -- DEPARTMENT OF JUSTICE
PART 0 -- ORGANIZATION OF THE DEPARTMENT OF JUSTICE
SUBPART Y -- AUTHORITY TO COMPROMISE AND CLOSE CIVIL CLAIMS AND RESPONSIBILITY FOR JUDGMENTS, FINES, PENALTIES, AND FORFEITURES

Go to the CFR Archive Directory

*28 CFR 0.161*

§ 0.161 Acceptance of certain offers by the Deputy Attorney General or Associate Attorney General, as appropriate.

(a) In all cases in which the acceptance of a proposed offer in compromise would exceed the authority delegated by § 0.160, the Assistant Attorney General concerned shall, when he is of the opinion that the proposed offer should be accepted, transmit his recommendation to that effect to the Deputy Attorney General or the Associate Attorney General, as appropriate.

(b) The Deputy Attorney General or the Associate Attorney General, as appropriate, is authorized to exercise the settlement authority of the Attorney General as to all claims asserted by or against the United States.

**HISTORY:** [Order No. 960-81, *46 FR 52351,* Oct. 27, 1981; Order No. 1958-95, *60 FR 15675,* Mar. 27, 1995]

**AUTHORITY:** AUTHORITY NOTE APPLICABLE TO ENTIRE PART:
*5 U.S.C. 301; 28 U.S.C. 509,* 510, 515-519.

**NOTES:** NOTES APPLICABLE TO ENTIRE CHAPTER:
CROSS REFERENCES: Customs Service, Department of the Treasury: See Customs Duties, 19 CFR chapter I.
Internal Revenue Service, Department of the Treasury: See Internal Revenue Service, 26 CFR chapter I.
Employees' Benefits: See title 20.
Federal Trade Commission: See Commercial Practices, 16 CFR chapter I.
Other regulations issued by the Department of Justice appear in title 4; title 8; title 21; title 45; title 48.

100 words

28 CFR 0.168

LEXSTAT 28 C.F.R. 0.160

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright (c) 2006, by Matthew Bender & Company, a member
of the LexisNexis Group. All rights reserved.

\*\*\* THIS SECTION IS CURRENT THROUGH THE JULY 13, 2006 ISSUE OF \*\*\*
\*\*\* THE FEDERAL REGISTER \*\*\*

TITLE 28 -- JUDICIAL ADMINISTRATION
CHAPTER I -- DEPARTMENT OF JUSTICE
PART 0 -- ORGANIZATION OF THE DEPARTMENT OF JUSTICE
SUBPART Y -- AUTHORITY TO COMPROMISE AND CLOSE CIVIL CLAIMS AND RESPONSIBILITY FOR JUDGMENTS, FINES, PENALTIES, AND FORFEITURES

Go to the CFR Archive Directory

*28 CFR 0.168*

§ 0.168 Redelegation by Assistant Attorneys General.

(a) Assistant Attorneys General are authorized, with respect to matters assigned to their respective divisions, to redelegate to subordinate division officials and United States Attorneys any of the authority delegated by § § 0.160 (a) and (b), 0.162, 0.164, and 0.172(b), except that any disagreement between a United States Attorney or other Department attorney and a client agency over a proposed settlement that cannot be resolved below the Assistant Attorney General level must be presented to the Assistant Attorney General for resolution.

(b) Redelegations of authority under this section shall be in writing and shall be approved by the Deputy Attorney General or the Associate Attorney General, as appropriate, before taking effect.

(c) Existing delegations and redelegations of authority to subordinate division officials and United States Attorneys to compromise or close civil claims shall continue in effect until modified or revoked by the respective Assistant Attorneys General.

(d) Subject to the limitations set forth in § 0.160(c) and paragraph (a) of this section, redelegations by the Assistant Attorneys General to United States Attorneys may include the authority to:

(1) Accept offers in compromise of claims asserted by the United States in all cases in which the gross amount of the original claim does not exceed $ 5,000,000 and in which the difference between the original claim and the proposed settlement does not exceed $ 1,000,000; and

(2) Accept offers in compromise of, or settle administratively, claims against the United States in all cases in which the principal amount of the proposed settlement does not exceed $ 1,000,000.

**HISTORY:** [Order No. 423-69, *34 FR 20388,* Dec. 31, 1969, as amended by Order No. 543-73, *38 FR 29587,* Oct. 26, 1973; Order No. 699-77, *42 FR 15315,* Mar. 21, 1977; Order No. 781-78, *43 FR 20793,* May 15, 1978; Order No. 960-81, *46 FR 52352,* Oct. 27, 1981; Order No. 1034-83, *48 FR 50714,* Nov. 3, 1983; Order No. 1478-91, *56 FR 8924,* Mar. 4, 1991; Order No. 1958-95, *60 FR 15675,* Mar. 27, 1995]

**AUTHORITY:** AUTHORITY NOTE APPLICABLE TO ENTIRE PART:
*5 U.S.C. 301; 28 U.S.C. 509,* 510, 515-519.

**NOTES:** NOTES APPLICABLE TO ENTIRE CHAPTER:
CROSS REFERENCES: Customs Service, Department of the Treasury: See Customs Duties, 19 CFR chapter I.
Internal Revenue Service, Department of the Treasury: See Internal Revenue Service, 26 CFR chapter I.
Employees' Benefits: See title 20.

28 CFR 0.168

Federal Trade Commission: See Commercial Practices, 16 CFR chapter I.
 Other regulations issued by the Department of Justice appear in title 4; title 8; title 21; title 45; title 48.

281 words