IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA AMERICA BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-257-KAJ |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Based upon the status reports submitted by the parties on July 31, 2006 (D.I. 52 and 53),

IT IS HEREBY ORDERED that on or before August 31, 2006 the parties shall submit a proposed stipulated judgment in this matter.

_____
UNITED STATES DISTRICT JUDGE

August 11, 2006
Wilmington, Delaware