IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 05-cv-257 |
| United States of America, | ) ) ) |
| Defendant. | ) ) |

**UNITED STATES' MOTION TO MODIFY AUGUST 11, 2006, ORDER**

The United States, by and through undersigned counsel, hereby moves the Court to modify its August 11, 2006, Order requiring that the parties submit a proposed, stipulated judgment in the above captioned case on or before August 31, 2006. In support of this motion, the United States submits as follows:

1. On May 23, 2006, the Court granted partial summary judgment on liability in favor of the plaintiff. (Docket No. 49.) Left to be determined was the appropriate amount of damages attributable to plaintiff's overpayment of communications excise tax.

2. On July 31, 2006, the parties submitted an interim status report describing the prospects of settlement, and indicating that a trial on the damages issue would likely be unnecessary in light of the parties' ongoing settlement discussions.

3. As discussed in the parties' prior submissions to the court, however, arriving at an agreed calculation of damages is a time-intensive process for two reasons.

First, the calculation requires the review of three and one-half years of contracts, invoices and records from various telecommunications providers describing millions of calls. (Docket No. 50.) Second, the federal regulations (28 C.F.R. § 0.160 et seq.) governing the compromise of federal tax claims in this case require that Chief Counsel for the Internal Revenue Service and various offices within the Department of Justice, Tax Division, review the pertinent evidence and provide written recommendations or justifications for settlement to the Associate Attorney General for final action. (Docket No. 53.)

5. Since the parties' last status report, the parties have been working diligently to bring this case to resolution without the need for further intervention by the Court. In particular, the parties have, since July 31, 2006, negotiated the terms of a specific offer of settlement and exchanged additional information needed to verify the proposed calculation of damages, and the United States has obtained written recommendations regarding plaintiff's offer from the office of Chief Counsel and certain persons within the Department of Justice. However, the offer review process is not yet complete, and, as a result, the parties cannot comply with the Court's August 31, 2006, deadline.

6. The parties continue to express confidence that this matter may be resolved, however, without the necessity of further intervention by the Court. Accordingly, the United States requests that the Court modify its August 11, 2006 order

by allowing an additional 30 days within which the recommendations and approvals of those within the Department of Justice with authority to compromise the tax claims may be obtained, and requiring the parties to either submit a proposed, stipulated judgment or an additional status report to be due at the conclusion of that period.

A proposed form of order is submitted herewith.

**Statement of Counsel Pursuant to L. Civ. R. 7.1.1.**  The undersigned has contacted counsel for the plaintiff, Kathleen M. Jennings, Esquire, and Paul L. Kattas, Esquire, to discuss the matters set forth in this motion.  Plaintiff's counsel agreed that the matter should be resolved without trial or other intervention of the court, and understood the regulatory procedure that is a predicate to settlements of this type, but reserved the right to respond to this motion separately after its submission to the Court.

Dated:    August 30, 2006.

                    COLM F. CONNOLLY
                    United States Attorney

By:    ___/s/_____
IVAN C. DALE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Telephone (202) 307-6615