IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 05-cv-257 |
| United States of America, | ) ) ) |
| Defendant. | ) ) |

## ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the United States' Motion to Modify August 11, 2006, Order, the reasons stated therein, and the entire record herein, it is hereby

ORDERED that the United States' motion should be and is GRANTED; and it is

FURTHER ORDERED that on or before September 30, 2006, if a final agreement is reached, the parties shall submit a proposed stipulated judgment in this matter. If final agreement is not reached, the parties shall, on or before September 30, 2006, submit a joint status report and contact chambers to schedule a status and/or settlement conference as to any remaining issues.

_____
UNITED STATES DISTRICT JUDGE