## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBNA America Bank, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-cv-257 |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that I caused to be filed, this 30th day of August, 2006,

the foregoing UNITED STATES' MOTION TO MODIFY AUGUST 11, 2006, ORDER

and proposed ORDER with the Clerk of the Court using the Court's electronic filing

system (ECF), which will send notification of such filing to the following:

>Kathleen M. Jennings, Esquire
>Karen V. Sullivan, Esquire
>Oberly, Jennings & Rhodunda, P.A.
>800 Delaware Avenue, Suite 901
>P.O. Box 2054
>Wilmington, Delaware 19899-2054
>
>Paul L. Kattas, Esquire
>Kelley Drye & Warren, LLP
>200 Kimball Drive
>Parsippany, NJ 07054

_____/s/_____
IVAN C. DALE

1891821.1