IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-cv-257 |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF MNBA AMERICA BANK'S RESPONSE TO
UNITED STATES' MOTION TO MODIFY AUGUST 11, 2006 ORDER**

Plaintiff MBNA America Bank, N.A. ("Plaintiff"), by and through its attorneys, Kelley Drye & Warren LLP and Oberly, Jennings and Rhodunda, P.A., responds to United States of America's ("Defendant") Motion to Modify as follows:

1. Plaintiff has submitted to Defendant all documentation required in `order for Defendant to calculate damages. Furthermore, the parties have negotiated the specific terms of a settlement. In summary, Plaintiff has acted with due diligence to complete all necessary steps in the process toward submission to the Court of a stipulated, proposed judgment.

2. The last step in this process is for Defendant to complete a review by the Department of Justice. That review is ongoing. However, counsel for Defendant anticipates that the review should be complete within 30 days.

Therefore, Plaintiff does not object to a 30 day extension to submit a proposed stipulation judgment in this matter but does object to the more open ended alternative of a joint status report.

OBERLY, JENNINGS & RHODUNDA, P.A.

Dated:   August 30, 2006         /s/  Kathleen M. Jennings
Kathleen M. Jennings, Esq. (I.D. No. 913)
1220 Market Street – Suite 710
P.O. Box 2054
Wilmington, Delaware 19899-2054
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile

Attorneys for Plaintiff

Of Counsel:

Joseph A. Boyle, Esq.
Paul L. Kattas, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800 – Telephone