IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA AMERICA BANK, N.A., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-257-KAJ |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 31st day of August, 2006, upon consideration of the United States' Motion to Modify August 11, 2006, Order, the reasons stated therein, and the entire record herein, it is hereby

ORDERED that the United States' motion should be and is GRANTED; and it is

FURTHER ORDERED that on or before September 30, 2006, the parties shall submit a proposed stipulated judgment in this matter.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware