IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-cv-257 (KAJ) |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR PRO HAC VICE ADMISSION,
SUBSTITUTION OF COUNSEL AND
TO ALLOW DEPARTMENT OF JUSTICE
ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL**

Pursuant to 28 U.S.C. §§ 515, 517, and 518, Local Rule 83.5 and the attached certification the United States respectfully moves this Court for an Order, admitting R. Scott Clarke *pro hac vice*, substituting R. Scott Clarke as counsel for the United States, and allowing Mr. Clarke to appear before this Court without local counsel. Additionally, the United States requests that Mr. Clarke be provided with an electronic filing password so that he may remotely file pleadings with this Court. In support of this motion, the United States submits the following:

1. The statutes of the United States allow for the Attorney General to send its attorneys to state and federal courts throughout the nation. See 28 U.S.C. § 515 (the Attorney General or any other officer of the Department of Justice may conduct any kind of legal proceeding which United States attorneys are authorized by law to conduct, whether or not he/she is a resident of the district in which the proceeding is being brought); 28 U.S.C. § 517 (any officer of the Department of Justice may be sent by the Attorney General to any State or district in the United States to attend to the

interests of the United States in a suit pending in a court of the United States, or in a court of a State); 28 U.S.C. § 518 (the Attorney General may direct an officer of the Department of Justice to conduct and argue any case in a court of the United States in which the United States is interested). Thus, to the extent that L. Civ. R. 83.5(d) of this Court requires that Department of Justice attorneys based in Washington, DC, associate with local counsel, it would appear to conflict with the above-referenced statutes. See Fed. R. Civ. P. 83(a)(1) (local rules must be consistent with Acts of Congress). Accordingly, the United States respectfully requests that, in this particular case, the Court waive the local counsel requirement of L. Civ. R. 83.5.

2. In this matter, the Attorney General has assigned primary responsibility for this case to the Department's Tax Division in Washington, DC. Mr. Dale is leaving the Civil Trial Section for another position in the Tax Division's Appellate Division, and the Tax Division has designated R. Scott Clarke to assume the role of lead attorney.

3. Department of Justice attorney Clarke is generally familiar with this Court's Local Rules and has submitted to the disciplinary rules of this Court through his certification. Additionally, Mr. Clarke is an able and competent attorney. Mr. Clarke is an active member of the District of Columbia Bar, has practiced in this court on prior occasions, and has been practicing as lead trial counsel for the Department of Justice in courts throughout the country for 17 years.

4.      Pursuant to L. Civ. R. 7.1.1, the undersigned hereby certifies that the attorneys for the United States were advised by counsel for the plaintiff, Paul Kattas, that the plaintiffs do not oppose the relief sought herein.

Dated: September 26, 2006.

                    Respectfully submitted,

                    COLM F. CONNOLLY
                    United States Attorney

By: /s/ Ellen W. Slights
                    ELLEN W. SLIGHTS
                    Assistant United States Attorney
                    Delaware Bar I.D. No. 2782
                    1007 Orange Street, Suite 700
                    Post Office Box 2046
                    Wilmington, Delaware 19899-2046
                    (302) 573-6277

                    R. SCOTT CLARKE
                    Trial Attorney, Tax Division
                    United States Department of Justice
                    P.O. Box 227
                    Ben Franklin Station
                    Washington, DC 20044
                    (202) 307-6647

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No. 05-cv-257 (KAJ) |
| | ) |
| United States of America, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATION BY COUNSEL
TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: September 25, 2006.

/s/ R. Scott Clarke
R. SCOTT CLARKE
Trial Attorney, Tax Division
D.C. Bar No. 422471
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6647

1936279.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBNA America Bank, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-cv-257 (KAJ) |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR SUBSTITUTION FOR COUNSEL AND
ALLOWING ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL**

AND NOW, this ____ day of _____, 2006, upon consideration of the United States' Motion for Substitution of Counsel and to Allow Attorney to Appear without Local Counsel, it is hereby

ORDERED that the United States' motion should be and is granted; and it is

FURTHER ORDERED that counsel's motion for admission *pro hac vice* of attorney R. Scott Clarke is granted; and it is

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived with respect to defendant United States of America, and Department of Justice Attorney R. Scott Clarke is substituted as counsel of record for the United States, and he is not required to associate with local counsel, nor is the United States Attorney's Office required to sign pleadings or attend proceedings with him; and it is

FURTHER ORDERED that the Clerk's office provide Department of Justice Attorney R. Scott Clarke with an electronic filing login and password so that he may file pleadings in this Court without the participation of the United States Attorney's Office.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-cv-257 (KAJ) |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 26th day of September, 2006, I caused to be filed the foregoing MOTION FOR PRO HAC VICE ADMISSION, SUBSTITUTION OF COUNSEL AND TO ALLOW DEPARTMENT OF JUSTICE ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL, and proposed ORDER with the Clerk of the Court using the Court's electronic filing system (ECF), which will send notification of such filing to the following:

> Kathleen M. Jennings, Esquire
> Karen V. Sullivan, Esquire
> Oberly, Jennings & Rhodunda, P.A.
> 800 Delaware Avenue, Suite 901
> P.O. Box 2054
> Wilmington, Delaware 19899-2054

IT IS HEREBY CERTIFIED that a copy of the above document was served, as indicated, upon the following non-registered participant:

> Paul L. Kattas, Esquire
> Kelley Drye & Warren, LLP
> 200 Kimball Drive
> Parsippany, NJ 07054
> via facsimile (973) 503-5950

/s/ Ellen W. Slights
ELLEN W. SLIGHTS

1933422.1