IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBNA America Bank, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-cv-257 (KAJ) |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR SUBSTITUTION FOR COUNSEL AND
ALLOWING ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL**

AND NOW, this 27th day of Sept, 2006, upon consideration of the United States' Motion for Substitution of Counsel and to Allow Attorney to Appear without Local Counsel, it is hereby

ORDERED that the United States' motion should be and is granted; and it is

FURTHER ORDERED that counsel's motion for admission *pro hac vice* of attorney R. Scott Clarke is granted; and it is

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived with respect to defendant United States of America, and Department of Justice Attorney R. Scott Clarke is substituted as counsel of record for the United States, and he is not required to associate with local counsel, nor is the United States Attorney's Office required to sign pleadings or attend proceedings with him; and it is

FURTHER ORDERED that the Clerk's office provide Department of Justice Attorney R. Scott Clarke with an electronic filing login and password so that he may file pleadings in this Court without the participation of the United States Attorney's Office.

_____
UNITED STATES DISTRICT JUDGE