## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBNA America Bank, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-cv-257 (KAJ) |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF MNBA AMERICA BANK'S RESPONSE TO
UNITED STATES' MOTION TO MODIFY AUGUST 31, 2006 ORDER**

Plaintiff MBNA America Bank, N.A. ("Plaintiff"), by and through its attorneys, Kelley Drye & Warren LLP and Oberly, Jennings and Rhodunda, P.A., responds to United States of America's ("Defendant") Motion to Modify August 31, 2006 Order as follows:

1.  Plaintiff has submitted to Defendant all documentation required in order for Defendant to calculate damages. Furthermore, the parties have negotiated the specific terms of a settlement. In summary, Plaintiff has acted with due diligence to complete all necessary steps in the process toward submission to the Court of a stipulated proposed judgment.

2.  The last step in this process is for Defendant to complete a review by the Department of Justice. That review is ongoing.

3.  Plaintiff does not object to the requested extension until October 31, 2006 to submit a proposed stipulation judgment in this matter, but Plaintiff respectfully suggests that the Court require the parties either to comply with the October 31 extended deadline or appear for a scheduling conference at the earliest convenience of the Court in November.

OBERLY, JENNINGS & RHODUNDA, P.A.

Dated:    September 29, 2006          /s/  Karen V. Sullivan
                                     Kathleen M. Jennings, Esq. (I.D. No. 913)
                                     Karen V. Sullivan, Esq. (I.D. No. 3872)
                                     1220 Market Street – Suite 710
                                     P.O. Box 2054
                                     Wilmington, Delaware 19899-2054
                                     (302) 576-2000 – Telephone
                                     (302) 576-2004 – Facsimile

                                     Attorneys for Plaintiff


Of Counsel:

Joseph A. Boyle, Esq.
Paul L. Kattas, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800 – Telephone