IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-cv-257 |
| | ) |
| United States of America, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 2nd day of Oct., 2006, upon consideration of the United States' Motion to Modify August 31, 2006, Order, the reasons stated therein, and the entire record herein, it is

ORDERED that the United States' motion should be and is GRANTED; and it is

FURTHER ORDERED that on or before October 31, 2006, if a final agreement is reached, the parties shall submit a proposed stipulated judgment in this matter.

_____
UNITED STATES DISTRICT JUDGE