**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| MBNA America Bank, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-cv-257 |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' MOTION TO MODIFY OCTOBER 2, 2006 ORDER

The United States, by and through undersigned counsel, moves the Court to modify its October 2, 2006, Order requiring that the parties submit a proposed, stipulated judgment in the above captioned case on or before October 31, 2006. Specifically, the United States seeks an additional 30 days to complete its processing of plaintiff's settlement offer.

In support of this motion, the United States submits as follows:

1. On May 23, 2006, the Court granted partial summary judgment on liability in favor of the plaintiff. (Docket No. 49.) Left to be determined was the appropriate amount of damages attributable to plaintiff's overpayment of communications excise tax.

2. On June 12, 2006, after the parties had expressed their hope that they could resolve the case "by stipulated judgment," this Court entered an order giving the parties until July 31, 2006 to submit either a proposed stipulated judgment or status report outlining any disagreement.

3. Between June and July, 2006, the parties spent considerable time reviewing records and verifying amounts of federal communications excise taxes for which plaintiff seeks a refund.

4. On or about July 31, 2006 plaintiffs made an offer to settle the case, and the parties submitted an interim status report describing the prospects of settlement, and indicating that a trial on the damages issue would likely be unnecessary. Based on the parties' report, this Court extended the time to file a stipulated judgment to August 31, 2006.

5. Plaintiffs' offer was formalized on August 8, 2006. Thereafter, the parties exchanged additional information needed to verify the proposed calculation of damages, and the United States obtained written recommendations regarding plaintiff's offer from the Office of Chief Counsel, Internal Revenue Service and certain persons within the Department of Justice. However, the offer review process was not complete by the end of August, and, as a result, the parties were unable to comply with the Court's August 31, 2006, deadline. The United States filed a motion to extend the time, which the Court granted, requiring the parties to file a proposed stipulated judgment by

September 30, 2006. The United States filed a second motion to extend the time until October 31, 2006.

6.  As previously conveyed, because of the significant amount of money involved in this case (over $3 million proposed refund) the federal regulations (28 C.F.R. § 0.160 et seq.) governing the compromise of federal tax claims require that Chief Counsel for the Internal Revenue Service and various offices within the Department of Justice, Tax Division (including the trial attorney, his Assistant Chief and Chief of the Civil Trial Section, Eastern Region, and the Office of Review), review the pertinent evidence and provide written recommendations or justifications for settlement to the Associate Attorney General for final action.

7.  Since receiving plaintiff's offer in August, the United States has obtained the recommendations of Chief Counsel. In addition, the trial attorney, the Chief and Assistant Chief of the Civil Trial Section, Eastern Region have made their recommendations.

8.  Since our last motion, the offer has been fully processed by the Office of Review, which has sent recommendations forward to the Deputy Assistant Attorney General for the Tax Division, after which the offer will be reviewed by the Associate Attorney General's office, which has final settlement authority in this case due to the amount in controversy. This process, as contemplated by the regulations, often takes significant time. Still, as our progress in processing the offer demonstrates, the United

States is diligently proceeding.

9. We continue to believe that this matter will be resolved without the necessity of further intervention by the Court, but due to the amount in controversy and the fact that ultimate settlement rests with the Associate Attorney General, more time is needed to process, review, and act on the offer. Accordingly, the United States requests that the Court allow an additional 30 days within which the recommendations and approvals of those within the Department of Justice with authority to compromise the tax claims may be obtained, and requiring the parties to either submit a proposed, stipulated judgment or an additional status report to be due at the conclusion of that period.

A proposed form of order is submitted herewith.

**Statement of Counsel Pursuant to L. Civ. R. 7.1.1.** The undersigned has contacted counsel for the plaintiff, Paul L. Kattas, Esquire, to discuss the matters set forth in this motion. Plaintiff's counsel agreed that the matter should be resolved without trial or other intervention of the court, and understood the regulatory procedure that is a predicate to settlements of this type, but expressed the desire to speed up the offer consideration process, and reserved the right to respond to this motion separately after its submission to the Court.

Dated: October 27, 2006.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney

By:   /s/ R. Scott Clarke
    R. SCOTT CLARKE
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 227
    Ben Franklin Station
    Washington, DC 20044
    Telephone (202) 307-6615

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBNA America Bank, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-cv-257 |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this ____ day of _____, 2006, upon consideration of the United States' Motion to Modify October 2, 2006, Order, the reasons stated therein, and the entire record herein, it is

ORDERED that the United States' motion should be and is GRANTED; and it is

FURTHER ORDERED that on or before November 30, 2006, if a final agreement is reached, the parties shall submit a proposed stipulated judgment in this matter.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBNA America Bank, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-cv-257 |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that I caused to be filed, this 27th day of October 2006, the foregoing UNITED STATES' MOTION TO MODIFY OCTOBER 2, 2006, ORDER and proposed ORDER with the Clerk of the Court using the Court's electronic filing system (ECF), which will send notification of such filing to the following:

Kathleen M. Jennings, Esquire
Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, Delaware 19899-2054

Paul L. Kattas, Esquire
Kelley Drye & Warren, LLP
200 Kimball Drive
Parsippany, NJ 07054

/s/ R. Scott Clarke
R. SCOTT CLARKE

1989929.1