IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 05-cv-257 |
| | ) |
| United States of America, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 31st day of October, 2006, upon consideration of the United States' Motion to Modify October 2, 2006, Order, the reasons stated therein, and the entire record herein, it is

ORDERED that the United States' motion should be and is GRANTED; and it is

FURTHER ORDERED that on or before November 30, 2006, if a final agreement is reached, the parties shall submit a proposed stipulated judgment in this matter.

_____
UNITED STATES DISTRICT JUDGE