IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBNA America Bank, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-cv-257 (KAJ) |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION TO MODIFY OCTOBER 31, 2006 ORDER

The United States, by and through undersigned counsel, moves the Court to modify its October 31, 2006, Order requiring that the parties submit a proposed, stipulated judgment in the above captioned case on or before November 30, 2006. Specifically, the United States seeks an additional 60 days to complete its processing of plaintiff's settlement offer.

In support of this motion, the United States submits as follows:

1. On May 23, 2006, the Court granted partial summary judgment on liability in favor of the plaintiff. (Docket No. 49.) Left to be determined was the appropriate amount of damages attributable to plaintiff's overpayment of communications excise tax.

2. On June 12, 2006, after the parties had expressed their hope that they could resolve the case "by stipulated judgment," this Court entered an order giving the

parties until July 31, 2006 to submit either a proposed stipulated judgment or status report outlining any disagreement.

3. Between June and July, 2006, the parties spent considerable time reviewing records and verifying amounts of federal communications excise taxes for which plaintiff seeks a refund.

4. On or about July 31, 2006 plaintiffs made an offer to settle the case, and the parties submitted an interim status report describing the prospects of settlement, and indicating that a trial on the damages issue would likely be unnecessary. Based on the parties' report, this Court extended the time to file a stipulated judgment to August 31, 2006.

5. Plaintiffs' offer was formalized on August 8, 2006. Thereafter, the parties exchanged additional information needed to verify the proposed calculation of damages, and the United States obtained written recommendations regarding plaintiff's offer from the Office of Chief Counsel, Internal Revenue Service and certain persons within the Department of Justice. However, the offer review process was not complete by the end of August, and, as a result, the parties were unable to comply with the Court's August 31, 2006, deadline. The United States filed a motion to extend the time, which the Court granted, requiring the parties to file a proposed stipulated judgment by September 30, 2006. The United States filed subsequent motions to extend the time until October 31, 2006, then November 30, 2006.

6.      As previously conveyed, because of the significant amount of money involved in this case (a proposed refund of over three million dollars) the regulations governing the compromise of federal tax claims require that Chief Counsel for the Internal Revenue Service and various offices within the Department of Justice, Tax Division (including the trial attorney, his Assistant Chief and Chief of the Civil Trial Section, Eastern Region, and the Office of Review), review the pertinent evidence and provide written recommendations or justifications for settlement to the Associate Attorney General for final action.  See 28 C.F.R. § 0.160 et seq.

7.      Since receiving plaintiff's offer in August, the United States has obtained the recommendations of Chief Counsel.  In addition, the trial attorney, the Chief and Assistant Chief of the Civil Trial Section, Eastern Region have made their recommendations, and the offer has been fully processed by the Office of Review .

8.      Since our last motion, the offer has been reviewed by the Deputy Assistant Attorney General for the Tax Division, and has been sent on to the Associate Attorney General, who has final settlement authority in this case due to the amount in controversy.  This process, as contemplated by the regulations, often takes significant time.  Still, as our progress in processing the offer demonstrates, the United States is diligently proceeding.

9. We continue to believe that this matter will be resolved without the necessity of further intervention by the Court, but due to the amount in controversy and the fact that ultimate settlement rests with the Associate Attorney General, more time is needed to process, review, and act on the offer. Accordingly, the United States requests that the Court allow an additional 60 days within which the recommendations and approvals of those within the Department of Justice with authority to compromise the tax claims may be obtained, and requiring the parties to either submit a proposed, stipulated judgment or an additional status report to be due at the conclusion of that period.

A proposed form of order is submitted herewith.

**Statement of Counsel Pursuant to L. Civ. R. 7.1.1.** Government counsel has contacted counsel for the plaintiff, Paul L. Kattas, Esquire, to discuss the matters set forth in this motion. Plaintiff's counsel agreed that the matter should be resolved without trial or other intervention of the court, and understood the regulatory

procedure that is a predicate to settlements of this type, but expressed the desire to

speed up the offer consideration process, and reserved the right to respond to this

motion separately after its submission to the Court.

Dated:   November 30, 2006.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney


By:      /s/ Ellen W. Slights
         ELLEN W. SLIGHTS
         Assistant United States Attorney
         Delaware Bar I.D. No. 2782
         1007 Orange Street, Suite 700
         Post Office Box 2046
         Wilmington, Delaware 19899-2046
         (302) 573-6277

         GERALD A. ROLE
         Trial Attorney, Tax Division
         United States Department of Justice
         P.O. Box 227
         Ben Franklin Station
         Washington, DC 20044
         (202) 307-0461

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBNA America Bank, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-cv-257 (KAJ) |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of the United States' Motion to Modify October 31, 2006, Order and the reasons therefor, the Court has determined that the motion should be, and therefore is, GRANTED. Accordingly, it is therefore

ORDERED that on or before January 31, 2007, if a final agreement is reached, the parties shall submit a proposed stipulated judgment in this matter.

Dated this _____ day of _____, 2006.

_____
KENT A. JORDAN
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBNA America Bank, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-cv-257 (KAJ) |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

IT IS CERTIFIED that I caused to be filed, this 30th day of November, 2006, the foregoing UNITED STATES' MOTION TO MODIFY OCTOBER 31, 2006 ORDER and proposed ORDER with the Clerk of the Court using the Court's electronic filing system (ECF), which will send notification of such filing to the following:

> Kathleen M. Jennings, Esquire
> Karen V. Sullivan, Esquire
> Oberly, Jennings & Rhodunda, P.A.
> 800 Delaware Avenue, Suite 901
> P.O. Box 2054
> Wilmington, Delaware 19899-2054

IT IS HEREBY CERTIFIED that a copy of the above document was served, as indicated, upon the following non-registered participant:

> Paul L. Kattas, Esquire
> Kelley Drye & Warren, LLP
> 200 Kimball Drive
> Parsippany, NJ 07054
> via facsimile (973) 503-5950

/s/ Ellen W. Slights
ELLEN W. SLIGHTS

1989929.1