# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-cv-257 (KAJ) |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF MNBA AMERICA BANK'S RESPONSE TO
## UNITED STATES' MOTION TO MODIFY OCTOBER 31, 2006 ORDER

Plaintiff MBNA America Bank, N.A. ("Plaintiff"), by and through its attorneys, Kelley Drye & Warren LLP and Oberly, Jennings and Rhodunda, P.A., responds to United States of America's ("Defendant") Motion to Modify the Court's October 31, 2006 Order as follows:

1. The Government's administrative procedure to secure its acceptance of Plaintiff's offer has been unnecessarily protracted.

2. Although Plaintiff does not object to the relief requested by the Government, and accepts counsel for the Government's representation that progress is being made, Plaintiff would like to have this matter resolved in the most expeditious manner possible.

OBERLY, JENNINGS & RHODUNDA, P.A.

Dated: December 4, 2006      /s/ Karen V. Sullivan
Kathleen M. Jennings, Esq. (I.D. No. 913)
Karen V. Sullivan, Esq. (I.D. No. 3872)
1220 Market Street – Suite 710
P.O. Box 2054
Wilmington, Delaware 19899-2054
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile

Attorneys for Plaintiff

-2-

Of Counsel:

Joseph A. Boyle, Esq.
Paul L. Kattas, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800 – Telephone