IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA AMERICA BANK, N.A., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-257-KAJ |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

### ORDER

AND NOW, this 7th day of December, 2006, upon consideration of the United States' Motion to Modify October 31, 2006 Order (D.I. 67), and for the reasons stated during the teleconference today;

IT IS HEREBY ORDERED that the United States' motion is GRANTED; and it is

FURTHER ORDERED that on or before January 31, 2007, the parties shall submit a proposed stipulated judgment in this matter. As this is the sixth extension that has been granted, the Court is not inclined to grant further extensions.

UNITED STATES DISTRICT JUDGE

Wilmington, Delaware