# OBERLY, JENNINGS & RHODUNDA, P.A.
## 1220 Market Street – Suite 710
## P. O. Box 2054
## Wilmington, Delaware 19899

**Charles M. Oberly, III**
**Kathleen M. Jennings**
**William J. Rhodunda, Jr.**
-----------
**Karen V. Sullivan**

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail kjennings@ojlaw.com

February 6, 2007

**Via E-filing & Hand Delivery**
Chief Judge Sue L. Robinson
United States District Court
District of Delaware
844 North King Street, Lockbox 10
Wilmington, DE 19801

Re:   **MBNA American Bank, N.A. v. United States, 05-257 (KAJ)**

Dear Chief Judge Robinson:

Enclosed for Your Honor's consideration is a Stipulation of Judgment in a case that was previously assigned to Judge Jordan. It is my understanding from the Clerk's Office that, as this week's Duty Judge, the Stipulation of Judgment will be considered by Your Honor.[1] The parties respectfully request that Your Honor sign the Stipulation of Judgment directing the Clerk to enter judgment against the plaintiff.

Counsel for the parties are available at the convenience of the Court to answer any questions.

Respectfully Submitted,

KATHLEEN M. JENNINGS (No. 913)

KMJ/all
cc:   Gerald A. Role, Esquire (via CM/ECF)
      Ellen W. Slights, Esquire (via CM/ECF)
      Paul L. Kattas, Esquire (via email)
      Clerk's Office (via CM/ECF & Hand Delivery)

---

[1] If I have misunderstood the procedure to be followed for case dispositive issues in Judge Jordan's cases, I respectfully request that you forward the Stipulation to the appropriate judge or have someone contact me to advise how I should proceed.