IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MBNA America Bank, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-cv-257 *** |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF JUDGMENT**

MBNA America Bank, N.A. and the United States, by and through undersigned counsel, hereby stipulate that judgment should be entered in favor of plaintiff MBNA America Bank, N.A., and against defendant United States of America, in the amount of $3,742,169.13, based on an overpayment of federal communications excise taxes relating to the periods from January 1, 2001 to September 30, 2004. Each party shall bear its own attorney fees and costs.

Dated February 2, 2007.

_____
PAUL KATTAS
Kelly, Drye & Warren
200 Kimball Drive
Parsippany, NJ 07054
Telephone: (973) 509-5924

_____
KATHLEEN M. JENNINGS (No. 913)
KAREN V. SULLIVAN (No. 3872)

_____
GERALD A. ROLE
United States Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-0461

Attorney for defendant
UNITED STATES OF AMERICA

Oberly, Jennings & Rhodunda, P.A.
1220 Market Street – Suite 710
P.O. Box 2054
Wilmington, Delaware 19899-2054
Telephone: (302) 576-2000

Attorneys for plaintiff
MBNA AMERICA BANK, N.A.

  The Clerk shall enter judgment in favor of plaintiff and against defendant in the amount of $ 3,742,169.13, plus interest pursuant to 26 U.S.C. § 6611.

Dated this __15__ day of __February__, 2007.

            _____
            UNITED STATES DISTRICT JUDGE